UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
                    Class Plaintiff,

-against-                                                    COMPLAINT
                                                             CASE No.


Manhattan Telecommunications Corporation; Manhattan Youth; Manhattan's
Physicians Group; Manhattanville Health Care Ctr; Manhatten Physicians Group;
Manny P Concrete; Manor Dental Management Inc.; Manor Paving Co; Mansour
Zandieh; Manufacturing Zierick; Maple Medical; Mapos LLC; Maraj Electric Inc;
Marathon; Marble Works; Marcel At Gramercy Park; Marcel Cleaners; March Associates
Construction Inc; Marchuska Brothers Construction; Marcus & Pollack Llp; Marcus
Brothers Textiles Inc; Marcus Garvey Nursing Home; Marcus Rosenberg & Diamond
LLC; Marel Electrical Svc Inc; Marfi Contracting Corp.; Margaret G Klein & Assoc;
Margaret Tietz Nursing & Rehab; Margo Chase Design Inc; Margolin Winer & Evens
Llp; Mariani Restoration & Roofing; Maric Mechanical Contractors; Maric Mechanical
Inc.; Maric Plumbing & Heating Inc; Marin & Montanye Llp; Marin Architects; Marin
Management; Marina Maher Communications; Marine Park Radiology Pc; Marino
Organization; Marino's Real Italian Ices Co; Maritime Activity Reports Inc; Maritime
Hotel; Marjorie Basser Dialysis; Mark; Market Data Svc Ltd; Marketing Directors Inc;
Marketresearch.Com; Markhoff & Mittman Pc; Markit Group Limited; Markland 745
LLC; Marks O'neill O'brien Courtney; Marla Construction Inc; Marlow & Eiges; Marlton
Hotel; Marmara Manhattan; Marmer Brothers Const-Piles; Marrakech Hotel; Marrinan
& Mazzola Mardon Pc; Marrinan And Mazzola Mardon; Marriott; Mar-Sal Plumbing &
Heating Inc; Mar-Sal Plumbing & Heating Inc; Marsh And Mclennan Companies;
Marshall And Moss Llp; Marshall Cavendish Printing; Marshall Conway & Bradley Pc;
Marston Strategic Comms LLC; Marston Webb Intl; Martha Stewart Living; Martin A
Gleason Funrl Hm LLC; Martin Brudnizki Design Studio; Martin De Porres School;
Martin Greenfield Clothiers; Martinique Hotel Affiliates; Marubeni Specialty Chemicals;
Marulli & Assoc; Marval Industries; Marvel Architects; Marwood Group; Marx
Development Group; Mary Ann Liebert; Mary Manning Walsh Home; Mary Mcdowell
Friends School; Mary Nittolo Inc; Maryellen Dmd; Marymont Group; Marymount
Convent; Marymount Manhattan College; Mashable.Com; Mashreqbank Psc New York;
Maspeth Fed Savings And Loan; Maspeth Supply Co. LLC.; Maspeth Welding Inc; Mass
Electric Construction Co.; Massachusetts Department; Massey Knakal Realty Services;
Mast Brothers Inc; Master Purveyors Inc; Mastercargo Inc.; Masterpiece Usa Inc.;
Mataci Inc; Matcosvc Corp; Matel Realty LLC; Matomy U.S.A.; Matov Industry Inc;

1

Matrix Enterprises Ltd; Matson Driscoll & Damico Llp; Matthew & Tony Gen Landscpg; Matthew Brew & Assoc LLC; Matthew Dontzin Law Offices; Matthew Funeral Hm-Cremation; Matthews & Co; Mattone Mattone Mattone Llp; Mattos Filho Veiga Filho; Mattys Electric Inc; Maureen Data Systems; Mavrides Moyal & Assoc Llp; Max Builders; Maximum Cabling Nyc; Maximum Management Corp; Maximum Security Products Corp; Maximus; Maxwell Construction Consltng; Maxwell Medical; Maxwell Plumb Mechanical; Maxx Mail Usa; Mayco Building Svc Inc; Mayerson Abramowitz & Kahn Llp; Mayfair Care Center; Mayfair Power Systems; Maystreet LLC; Maytex Mills; Mazars Usa Llp; Mbaf Cpas LLC; Mbi; Mc Dermontt Will & Emery; Mc Elfish Law Firm; Mc Glynn Hays & Co Inc; Mc Greevy's Pub; Mc Kenzie-Douglass LLC; Mc2; Mcaloon & Friedman Pc; Mccabe Collins Mcgeough; Mccabe Weisberg & Conway; Mccall Pattern Co; Mccann-Erickson Usa; Mccourt Global; Mccue Sussmane Zapfel; Mccullough Goldberger Staudt; Mcdonnell & Adels; Mcfar Construction; Mcgarry Bowen LLC; Mcgraw-Hill Education; Mch; Mchugh Furnishings LLC; Mci Drywall Inc; Mckissack & Mckissack; Mclane Company; Mclaren Engineering Group; Mcmahon Martine & Gallagher; Mcnamara Salvia; Mcnamee Construction Corp; Mcneilly Wood Products Inc.; Mcvac Environmental Services Inc.; Md Building Svc; Mdi Consultants Inc; Mdrc; Meadow Park Rehab And Healthcare Center; Mecc Contracting Inc; Mec-Con Associates Inc; Mechanical Electric Corp; Meco Elec. Co. Inc.; Med Tech Professional Billing; Medalliance Medical Health Services; Medallion Associates Ltd; Medallion Financial Corp.; Medco Enterprises; Medeo & Fasano; Media Analyzer Software; Media Farm Solutions LLC; Mediacom Worldwide LLC; Mediamath; Mediamax Network; Medicaid-Genius Coml; Medical Access; Medical Arts Radiology; Medical Associates Of NY; Medical Business Systems Inc; Medical Examiners; Medical Group N Star; Medical Imaging Of Manhattan; Medical Letter; Medical Oncology Assoc Of Li; Medical Renal Assoc Pc; Medi-Ray Inc; Medisys Health Network; Medi-Tech International Corporation; Medrite Urgent Care; Medstaff; Medzone Medical Resources; Mega Contracting Inc; Mehta D Cyrus & Partners PLLC; Meigh Trim Construction Corp; Meister Seelig And Fein Llp; Mej Personal Business Svc Inc; Mejane; Melcher Media; Melito Construction Corp; Melrose Credit Union; Meltzer Lippe & Goldstein; Memorial Sloan Kettering Cancer Center; Menaker & Herrmann Llp; Mendes & Mt Llp; Mendes And Mount Llp; Mendon Road Svc; Menicucci Villa & Assoc PLLC; Menorah Home & Hospital; Mental Health Ctr-Northeast; Mental Hlth Assn Of Westchester; Mercer LLC; Merchandising Workshop; Merchants; Mercury & Earth LLC; Mercury Paint Corp; Mercy College; Mercy Medical; Mercyfirst; Meridian Design Assoc; Merkin Concert Hall; Merkley + Partners Inc.; Merlin Usa; Merrill Lynch Group; Merritt And Harris Inc; Mertz Gilmore Foundation; Mestel & Co; Meta Healthcare It Solutions; Metal Stone Constr Inc; Metallized Carbon Corp; Metals Treatment Tech.; Metals; Metamako; Metarythm Inc; Metlife; Metralite Inc; Metric Services Inc; Metro Community Health Care; Metro Construction; Metro East Elevator; Metro Express Services; Metro Group Inc.; Metro Health Center; Metro North Railroad; Metro NY Coordinating Cncl On

Jewish Pov; Metro One Loss Prevention Svc; Metro Physical And Aquatic Therapy; Metro Source Publishing; Metro Steel Fabricators; Metrocom Sales Inc; Metronome; Metroplus Health Plan; Metropolis Group Inc; Metropolitan Center For Mental; Metropolitan Commercial Bank; Metropolitan Cons. Corp.; Metropolitan Construction Corp; Metropolitan Construction; Metropolitan Diagnostic Imgng; Metropolitan Jewish Health System; Metropolitan Life Insurance Company; Metropolitan Paper Recycling; Metropolitan Public Strategies; Metropolitan Staffing; Metropolitan Transportation Authority; Metroproof; Metro-Suburbia Inc; Mezz Cap; Mfm Contracting; Mg Engineering; Mg+; Mgr Equipment Corp; Mhg Architects; Mht Lighting; Mhw Ltd; Miami Wall Systems; Michael Anthony Contracting Corporation; Michael Bellantoni Inc; Michael Faillace & Assoc; Michael Fitzgerald Cntrctng Co; Michael Graves & Assoc; Michael H Brisman Pc; Michael Koenen; Michael Miller Fabrics; Michael Stapleton Associates; Michael Terrani Pc; Michaeline Von Drathen; Michelangelo-Starhotels Cllzn; Michilli Inc; Mick Radio-Nuclear Instuments; Micro Contacts Inc; Micro Essential Laboratory Inc; Microbial Drug Resistance; Micromedia Systems; Microtelecom Systems; Mid Hudson Vlly Aids Task Frc; Mid Island Eye Physicians; Mid Village Preparatory Charter Sch; Midboro; Middletown Community Health Ce; Middletown Medical; Mid-Island Y Jcc Inc; Midland Steel Warehouse Corp; Mid-Manhattan Physician Svc; Mid-Ship Group LLC; Midtown Office Solutions Inc; Midtown Surgery Ctr; Midtown Urologic Assoc; Mid-Westchester Medical Assoc; Midwood Ambulance And Oxygen Service; Midwood Brooklyn Dialysis; Mig & Co; Milad Contracting Corp.; Milan Barua Construction Corp; Milan Provision Co; Milberg; Milcetic & Co; Milcon Construction Corp; Milestones In Home Care Inc; Milford Management; Milgo Industrial Inc; Mill Basin Day Camp; Mill Paper Box; Mill River Club Inc; Mill; Millennium Dialysis LLC; Millennium Signs & Display Inc; Millennium Tank; Miller & Garofalo; Miller & Milone P C; Miller Blaker; Miller Druck Spec Cntrctng Inc; Miller Health Care Institute; Miller Proctor Nickolas Inc; Millies Engineering Group; Milliman; Millin Associates Inc; Mill-Max Manufacturing Corp; Millward Brown; Milman Labuda Law Group; Milo Kleinberg Design Assoc; Milrose Consultants Inc; Minaret Corp; Minds Matter Inc; Mindshare Usa; Mine; Mineola Alarm; Minerals Technologies Inc.; Mines Press Inc; Minhas Construction Corp.; Minhas General Contracting; Mini Circuits; Minimal Usa; Miningham & Oellerich Inc; Mintz Levin; Miracle Makers; Mirae Asset Global Investments (Usa) LLC; Miriam Osborn Memorial Home Association; Mirman Markovits & Landau Pc; Miron Construction Co Inc; Mischon De Reya; Mission Am 570 Wmca; Mission; Missionary Sisters; Missy Farren & Assoc; Mist Harlem; Misys; Mitchel Martin; Mitchell And Titus; Mitchell Giurgola Architects; Mitchell/Martin Inc; Mitchell/Martin; Mitofsky Shapiro Neville; Mitsubishi Ufj Trust And Banking Corp; Miu & Co; Mixonsite; Mizuho Bank Ltd; Mjg Nursing Home Co Inc; Mjs Construction Conslgt LLC; Mkmg Medical Group; Mkp Communications Inc; Mlj Contracting Co.; Mlj Contracting Corp; Mlj Contracting Corporation/Tc Electric Jv; Mlj Contracting Group; Mlmic Services Inc (Donald J Fager

And A; Mlmic Services; Mmc Holding Of Brooklyn; Mmi Plumbing; Mms Usa Investments; Mmt Sales Inc; Mnh Petroleum; Mobile Communication Plus; Mobile Steam Boiler Rental; Mobileye Inc; Mobiquity Inc; Mode Construction Corp; Modern Art Foundry Inc; Modern Kitchen & Bath; Modernage Photographic Svc; Moed Dearmas & Shannon Architects; Moet Hennessy Usa; Mohab Electrical Contractor; Mohan's Precast Usa; Molloy College; Molod Spitz & De Santis; Momentum Press LLC; Momentum Worldwide; Mona Shah & Assoc PLLC; Monadnock Construction; Mondo; Mongiove Associates; Mongodb; Monosystems; Monpat Construction Inc.; Monroe College; Monsieur Touton Selection Ltd; Montalbano Condon And Frank Pc; Montana Datacom Inc; Montana Electric Decorating; Monte Fiore; Montefiore Medical Center; Montefiore Nyack Hospital; Montefiore Wakefield Campus; Montefiore's Institute; Montesano Brothers; Monti Concrete Construction Co Inc; Montran Corp; Montrose Accounting; Montroy Andersen Demarco; Montroy Andersen Inc; Moody's Corporation; Mordfin; Moreen Construction Ltd; Moreland Construction; Moretrench; Morgan Construction NY Inc; Morgan Stanley And Co.; Morgan Stanley; Morgan; Morganti Group Inc; Moritt Hock Hamroff Llp; Morningside House Nursing Home; Morris Fine Furniture Workshop; Morris Heights Health; Morris Park Contracting Corp - Mpcc; Morris Park Nursing Home; Morrisania Sexualty Trnsmttd; Morrison Cohen Llp; Morstan General Agency; Morton Flooring Solutions Inc; Morvillo Abramowitz Grand; Moseley Associates; Moses Preston & Ziegelman; Motel Morris; Mott Macdonald; Mottola Rini Engineers Pc; Mound Cotton Wollan-Greengrass; Mount Kisco Medical Group; Mount Sinai Hospital; Mount Sinai Medical Center; Mount Sinai; Mountco Construction & Devmnt; Mourne Construction; Movable; Movers Supply House Inc; Moviola Digital Storage Prod; Mpcc Corp General Contractors; Mpr Residents'edition; Mr Architecture & Decor; Mr Pickle Inc; Mr. Get The Done; Mr. Infinity Corp.; Mra Physicians; Mrs Baking Distribution Corp.; Mrta Design Construction LLC; Mry Us LLC; Ms Fndtn For Women; Msc; Msci Inc.; Msd Partners; Msg; Mskcc; Mslgroup Americas; Msm Empire Construction Corp; Mspc; Msr Electrical Construction Corp.; Msr; Mst Construction; Mst General Contracting Restoration Inc.; Mt Hope Family Practice; Mt Kisco Medical Group; Mt Pleasant Highway Dept; Mt Pleasant Medical Group; Mt Sinai School Medicine NY; Mt Vernon Plastics Corp; Mt. Vernon Neighborhood Health Center; Mta Bridges And Tunnels/Tbta; Mta Capital Construction; Mta New York City Transit; Mta; Mtacc; Mtc Limousine And Corporate Coach; Mts Infrastructure LLC; Mtsbonds.Com; Mucca Design Corp; Mueser Rutledge Consulting Engineers; Mueser Rutledge Consulting; Mugrose Construction Inc; Multi Packaging Solutions; Multimedia Plus Inc; Multiprises LLC; Multi-Tech Electric Inc; Mulvihill Electrical Ent Inc; Munawar & Andrews Santillo Llp; Municipal Building Consultants; Municipal Credit Union; Munnrabot; Munoz Construction Mgmt Group; Munoz Engineering Pc; Murphy Brothers Contracting; Murphy Burnham & Buttrick; Murphy Kennedy Group; Murray Frank Sailor Llp; Murray Hill Medical Pc; Murray Hill Place; Musculoskeletal Arthritis; Mutual America Life Insurance; Mutual Central Alarm

Svc; Mutual Housing NY; Mvc Capital; Mwb Leasing Corp; My Active Driveway; My Sisters Place; My Union Legal Plan; My-Guard Security Corp; Myhome Design & Remodeling; Myotcstore; Myriad Construction Svc Inc; Myron Toback Inc; N B A Construction Inc; N Cheng & Co; N F Architectural Designs LLC; N J General Contracting; N S P Enterprises Inc; N Y Interior Construction; N Y Landmark Construction Mgmt; N Y Painting & Decrtng Co; N Y Roofing Co; N Y U Hospital Ctr; N. P. Painting And Decorating Inc.; N.B.A Construction; N.U.S. Contracting Company; Nab Construction Corp; Naber Electric Corp; Nacme; Nadkosin C; Naeem Khan; Nafees Construction Corporation; Naftali Group; Nagan Construction Inc; Nagori Contracting Corp; Naik Consulting Group; Nallaseth & Turkhud PLLC; Namely; Namic; Nanuet Public Library; Nap Industries; Napa Group Inc; Napa Healthcare Foundation Inc; Narco Freedpm; Nasco Construction Svc Inc; Nasdaq; Nassau Ahrc; Nassau Boces; Nassau Chest Physicians Pc; Nassau Community College; Nassau County Civil Service Co; Nassau County Correctional Ctr; Nassau County New York; Nassau County; Nassau Downs-Otb; Nassau Extended Care Facility; Nassau Financial F C U; Nassau Health Care Corp; Nassau Health Care Corporation; Nassau Orthopedic Surgeons Pc; Nassau Provisions Kosher Food; Nassau Queens Pulmonary Assoc; Nassau Radiologic Group; Nassau Street Dental Associates; Nassau University Medical Center; Nassau Veterans Meml Coliseum; Nastasi Maintenance LLC; Natasha International Inc; Nathan And Lewis Securities Inc; Nathan Love Inc; National Bank Of Egypt; National Cable Communications LLC; National Cable Communications LLC; National Center For Law; National Compressor Exchange; National Elevator; National Environmental Safety Co; National Fire Products Inc; National Grid; National Health Care Associates; National Hemophilia Foundation; National Mutiple Sclerosis Society; National Opera Ctr; National Park Service Intermountain Region; National Parts Depot; National Pediatric Ctr; National Reprographics Inc.; National Review Magazine; National Sign-Light-Spectrum; National Urban Fellows Inc; National Urban League; National Water Main Cleaning Co.; National Webbing Products Co; Nation's Best Meat Co; Nationwide Maintenance-Gen; Nationwide Masons Construction; Natixis; Nato Strap Co; Naturo Medical Health Care Pc; Nauta Dutilh; Navar Home Improvement; Navarro Maintenance LLC; Navfac Southeast; Navillus Contracting Inc.; Navillus; Nazareth Regional Hs; Nba Cons. Inc.; Nbpa; Nch Advisors; Ncic Consulting Group Inc; Ncsy; Ncu; Nda Architects; Nebraskaland Inc; Nederlander Group Sales; Neelam Construction Corporation; Neetso Construction; Nehal Construction Inc; Nehal Contracting; Neighborhood Counseling Ctr; Neighborhood Housing Services; Neighborhood Trust Federal Credit Union; Neighbors Home Care Svc; Neighbrhood Dfender Svc Harlem; Neil Simon Theatre; Neil Wexler Associates; Nelligan White Architects; Nelson Air Device Inc; Nelson Byrd Woltz Landscape Architects; Nemet Motors LLC; Nemo Tile; Neota Logic; Neovision Hyper Systems Inc; Nephro Care West; Nesenoff & Miltenberg Llp; Net Cost Market; Netgains America LLC; Nethercott P W Inc; Netnames Usa; Netula; Network Infrastructure Inc; Network Maintenance Inc; Network Outsource;

Network Place LLC; Neufeld O'leary & Giusto; Neurological Surgery Pc; Neurology Department; Neurology Group Of Westchester; Neutral Construction Inc; Neville Peterson Llp; New Bridge View Co LLC; New Carlton Rehab & Nurse Ctr; New Castle Building; New Castle; New Century Home Care Inc; New Classic Restoration L; New Computech Inc; New Dimensions Remodeling; New Directions Publishing Corp; New East Side Nursing Home; New Empire Builder Corp; New Empire Group; New Empire Real Estate Development; New Flyer; New Homestead Residence-Adults; New Hope Fertility Ctr; New Hyde Park Dialysis Ctr; New Leaders For New Schools; New Orange Works Inc; New Phase Electrical Contractors Inc; New Press; New Rising Construction Inc; New Rochelle City Schools District; New Rochelle Radiology; New Safeway Contracting Corp.; New Sans Souci Nursing Home; New Sensor Corp.; New Style Contractors; New Surfside Nursing Home; New Vessel Press LLC; New Visions For Public Schools; New World Security; New York And Company; New York Artificial Kidney Ctr; New York Asphalt; New York Assoc In Gstrntrlgy; New York Blood Center; New York Board Of Education; New York Botanical Garden; New York Cardiology Assoc; New York Cardiovascular Vein; New York Carpet; New York Children's Health; New York City Board Of Education; New York City Children's Ctr; New York City Department Of Education; New York City Department Of Parks & Recreation; New York City Dept-Water Plltn; New York City Geographic District 10; New York City Geographic District 13; New York City Geographic District 2; New York City Geographic District 23; New York City Health; New York City Law Department; New York City Transit; New York City/Design & Construction; New York College Of Podiatric Medicine; New York Community Bancorp; New York Community Bank; New York Concrete Corp.; New York Congregational Nurse; New York Congregational Nursing Center; New York Connect Net Ltd; New York Construction & Renovation; New York Container Terminal; New York County Defender Svc; New York County Lawyers Assn; New York Ctr For Interpersonal; New York Ctr For Rehab; New York Custom Woodwork Corp; New York Decks; New York Dialysis Svc; New York Display & Die Cutting; New York Ehealth Collaborative; New York Eye-Ear Infirmary Ipa; New York Foundling Hospital; New York Gilbert-Sullivan; New York Grant Company; New York Health Dept; New York Heating Corp; New York Immigration Coalition; New York Immigration Fund; New York Institute Of Technology Inc; New York Law Journal; New York Life Insurance Company; New York Life International; New York Med & Diagnostic Ctr; New York Medical College; New York Merchants Svc; New York Methodist Hospital; New York Ophthalmology; New York Orthopedics; New York Otolaryngology Group; New York Pathology Assoc; New York Paving; New York Physicians; New York Power Authority; New York -Prebyterian Brooklyn Methodist; New York Presbyterian Weill; New York Press Assn; New York Production Svc; New York Prsbytrian Hospital; New York Psychotherapy-Cnslng; New York Public Interest; New York Public Radio; New York Radiology Assoc; New York School Construction Authority; New York Society Of Cpas; New York Software Svc Inc; New York Spine Institute; New York Spine Institute; New

York Spine Specialist; New York Sprinkler Corp; New York State Department Of Transportation; New York State Department Of Transportation; New York State Dormitory Authority; New York State Office Of General Services Des & Co; New York State Psych Inst; New York State University Construction Fund; New York Times; New York Trial Lawyers Assn; New York University; New York Urologic Institute; New York-Presbyterian Brooklyn Methodist; New York-Presbyterian Hospital; New York's Premier Ctr-Surgery; Newbank; Newbanks Boston Inc; Newbridge Technology; Newman Design; Newman Ferrara Llp; Newman Group; Newman Myers Kreines Gross; Newmark And Company Real Estate; Newmark Knight Frank Global Mgmt Svces; Newmark Solutions Corp.; Newport Painting; Newtek Small Business Finance; Newtype Communications Inc; Newyork - Presbyterian - Hudson Hosptl (; Newyork-Presbyterian Hospital; Newyork-Presbyterian/Lawrence Hospital; Next Generation Radiology; Nfp Corp.; Nfte; Nhc Health Care; Nhcc; Nhclc; Nhf; Ni Construction Corp; Nia Construction Services; Nice Pak/Pdi; Nice Shoes; Nice-Pak Products; Nicholson & Galloway Inc; Nicholson Events Inc; Nickerson Corporation; Nicoletti & Harris Inc; Nicoletti Gonson Spinner; Nicolini Paradise Ferretti; Nicosia Creative Espresso; Nif Group Inc; Night Hotel Times Square; Nihon Keizal Shimbun America; Nikhi Contracting Corp; Nikkei; Nimble Fitness LLC; Nippon Expreess Usa; Niram Inc; Nirvanasoft Inc; Nissenbaum Law Group; Nitka Technologies; Njf/Mmgy Global; Njs Electrical Svc Corp; Nmp Films; No 6; No Fault Sport Gr. LLC.; No Fault; Noble Construction; Noble Electrical Contracting Co; Noble Experiment Nyc; Nobleden Nyc Corp; Noitu Insurance Trust Fund; Nomo Soho; Nomura Holding America Inc.; Noor Staffing Group; Norcom Of NY Inc; Norddeutsche Landesbank Girozentrale; Nordon Super Drugs; Norges Bank; North American Partners Of Anesthesia; North Bay Cad Buick Gmc Svc; North East Atlantic Business Solutions Corporation; North East Remsco; North Eastern Conf; North Hills Offices Svces Inc; North Salem Csd; North Shore Animal League; North Shore Cardiology; North Shore Child-Family; North Shore Climate Control Inc; North Shore Court Reporters; North Shore Dermatology Assoc; North Shore Diabetes-Endocrine; North Shore Gastroenterology; North Shore Hematology Onclgy; North Shore Internal Medicine; North Shore Lij Health System; North Shore Linen; North Shore Long Island High School; North Shore Open Mri; North Shore Primary; North Shore Pulmonary Assoc Pc; North Shore Surgical; North Shore University Hospital; North Shore Urologycal; North Star Mechanical Corp; Northbrook Contracting Corp; Northe Group Inc; Northeast Brooklyn Housing Dev Corp; Northeast Electrical Contractors Inc.; Northeast Mechanical Svc; Northeast Remsco Construction; Northeast Restoration Corp; Northern Adhesives Inc; Northern Lights Post; Northern Westchester Hosp Ctr; Northridge Medical Assoc; Northshore Hospital; Northshore Lij Div-Nephrology; Northshore Medical; Northside Ctr For Child Deve; Northstar Assest Management Group; Northstar Mechanical; Northwell Health Dept Of Facilities Services; Norton Rose Fulbright; Norwegian Christian Home; Notaro Michalos Zaccaria Pc; Nothing Else Matters Software; Nourse & Bowles; Nova Consultants LLC; Novak Francella; Novelty

Crystal; Nowsta Inc; Nozbestos Environment Corp; Nr Property 2 LLC; Ns Bienstock Inc; Nslij; Nsp Enterprises Inc. Po Box; Nu Health Nassau University Medical; Nua Construction; Nubest; Nuclear Diagnostic Products; Nuco Painting Corporation; Nuhealth; Nu-Ironworks Inc; Nulux Inc; Numc; Numerix; Nunez Electric; Nuride Transportation Group Ll; Nu-Tech Furnishings; Nutrition 21 Inc; Nu-Way Heating & Air Cond; Nvision; Nwi Management Lp; NY Asphalt Inc; NY College Of Osteopathic Med; NY Community Bank; NY Concrete Corp; NY Construction And Renovation Inc.; NY Convention Ctr Operating Corp; NY County Health Svc Review; NY Design Architecture; NY Developers & Management Inc; NY Eye And Ear Infirmary Inc; NY Foundling Hospital; NY Gi; NY Hotel & Motel Trades; NY Inst For Special Ed; NY Ladder & Scaffold Corp; NY Laser Group; NY Neurologic Assoc; NY Power Authority; NY Presbyterian Hospital; NY Road Runners; NY Spine Medicine; NY State Insurance Fund; NY State Unified Court System; NY Univ Medical Cctr Joint D; NY Univ Sch Of Engineering; NY Vision Group; Nyack Hospital; Nybc; Nyc Air Conditioning Co; Nyc Criminal Justice Agency; Nyc Ddc; Nyc Dep Department Of Environmental Protection; Nyc Department Of Design And Construction; Nyc Dept Of Ddc Road-Sewers & Water Mains Unit; Nyc Dept Of Education/Div Of Contracts&Purchasing; Nyc Dept Of Environmental Protection; Nyc Dept Of Homeless Services; Nyc Dept Of Sanitation-Bureau Of Waste Management; Nyc Dept Of Sanitation-Contracts Division; Nyc Dept Of Transportation; Nyc Dept. Of Education; Nyc Dohmh; Nyc Dot; Nyc Economic Development Corp; Nyc Economic Development Corporation; Nyc Elite Gymnastics; Nyc Foot Care; Nyc Health & Hospitals Corporation; Nyc Health Dept; Nyc Hhc Brooklyn Long Term; Nyc Housing Authority; Nyc Housing Preservation & Development; Nyc Hpd Office Of Neighborhood Strategies; Nyc Industries For The Blind; Nyc Maintenance And Restoration Inc; Nyc Management Group Inc; Nyc Media Group; Nyc Renovation Group Corp; Nycan Builders LLC; Nycb; Nycddc; Nycdep; Nyc-Department Of Environmental Protection; Nycdoe; Nycha; Nycmc Corp; Nycoutward Bound School; Nyc-School Construction Authority; Nycsma; Nyct; Nyis New York Immigration Svc; Nym Worldgroup; Nymi Associates; Nymla; Nyodn; Nypl; Nyrender; Nyrp; Nys Division Of Human Rights; Nys Insurance Fund; Nys Supreme Court; Nys Unified Court System; Nyscf; Nysco Products Inc; Nysscpa; Nyu Health Center; Nyu Hospitals Center; Nyu Langone Medical Center; Nyu; Nyumc Office Of Development; Nyu-Perlmuttercancer Ctr; O Connor Davies Munns & Dbbns; O P Sales Ltd; O2kl; Oak Hill Industries Inc; Oaks At Broadlawn Manor Tcm 1; Oaktree Investments; Ob Gyn-Weill Cornell NY; Objective Solutions Inc; Obrien & Gere Engineers; Occc; Occupational And Industrial Orthopaedic; Ocean & Coastal Consultants Inc; Ocean Financial Fcu; Oceanside Care Ctr Inc; Ocli; Oconner Davies Llp; O'connor Mcguiness Conte; Oconnor Redd Gollihue & Sklari; Ocv Architects Pc; Oda Architecture; Oda Health Care Network; Oda New York; Oda Primary Health Care Ctr; O'dea Lynch Abbattista Pc; Odgers Berndtson; O'donnell & Naccarato Structural Engineers; O'dwyer & Bernstien Llp; Odyssey House Inc; Odyssia Global Communications; Oec Freight NY Inc.; Oerlikon;

Oeuvre Press LLC; Official Press; Ogilvy; O'hare Parnagian Llp; Ohel/Bias Ezra; Ohl Usa; Okun Oddo Babat; Olaregen Therapeutix Inc; Olayan Group; Old Country Ceramic Tile; Oliveira Contracting Inc; Oliver; Olivier Cheng Events LLC; Oltarsh & Assoc Pc; Olympic Contracting Corp; Olympic Waterproofing; Om General Contractors Corp; Oma; Omni Group Ltd; Omnibuild; Omnicom Group Inc; Omwar Construction; Omwbe; On Demand Electrical Services; On Drive; On The Level Enterprises; On Top Renovation Inc.; On Your Mark Inc; One Jeanswear Group; Only Mine; On-Trac Const Assoc; Onvia; Oocl (Usa) Inc.; Op Ad Media Solutuions; Open Door Family Medical Center; Open Society Institute; Open Systems Metro; Open Systems Technologies; Opengate Inc; Opening Ceremony; Ophthalmic Consultants-Long Is; Oppenheimer And Co. Inc; Oppenheimerfunds; Optimum Diagnostics; Option Hardware; Optitex Usa Inc; Optomen Inc; Optyx; Oracle Construction Inc; Orange Bank And Trust Company; Orange Logic; Orange Regional Medical Center; Orange Telecom; Orba Construction; Orbimed Advisors LLC; Orda Management Supts Office; Ordergroove Inc; Orentreich Medical Group; Organic Motion Inc; Orlin & Cohen Orthopedic Group; Orrick Herrington-Sutcliffe; Orthopaedic Associates Of NY; Orthopedic Surgeons Of Li; Ortoli Rosenstadt Llp; Osali; Osborn Belmont Properties LLC; Osborn Home Care; Osborn Retirement Community; Oscar Blandi Salon; Oscar Health Agency Inc; Oscar Heyman & Brothers; Ossining Union Free School District; Ostroff Electric Inc; Ostrow Institute For Pain Mgmt; Other Press LLC; Oudaz General Contracting Inc; Outer County Construction Corp; Outerstuff Limited; Outline Press Syndicate; Outreach; Outten & Golden; Oval Tennis Inc; Ove Arup & Partners; Oved & Oved Llp; Overton & Co; Ovid Therapeutics; Owners Corp Inc; Oxagile LLC; Oxford Nursing Home; Oxford University Press Inc-E; Oxford University Press; Oxo; Ozanam Hall Of Queens Nursing Home; Ozone Park Dialysis; Oztec Business Machines Inc;

Employer Class Defendant.

-------------------------------------------------------------------------------------------------

The Plaintiffs, ALBERT E. PERCY and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives, by their attorney James M. Kernan of the Kernan Professional Group, LLP, states as follows:

## FACTS AND GROUNDS FOR CAUSES FOR ACTION

1. This is a class action by persons who are ready, willing and able to work for the businesses represented by industry leaders, industry leaders identified by Don & Bradstreet by Standard Industrial Classification ("SIC") and North American Industrial Classification System (NAICS") classification codes, as defendant class representative industry leaders fairly and vigorously able to represent the interests of the Employer Class Defendant to defend this Class Action.

2. This action involves liability of the Employer Class Defendant for unlawful employment practices of discrimination based on Plaintiffs' ability to meet their burden of production and persuasion

proving that Plaintiffs demonstrated that there was a less discriminatory alternative method of employment practice ("Alternative Employment Practice").

3. The Plaintiffs have demonstrated an alternative employment practice ("Alternative Employment Practice") to the Employer Class Defendant, members of which have refused to adopt the Alternative Employment Practice after demonstration to persuade as defined and 42 U.S.C. 2000d. Such refusal to adopt is an illegal employment practice under 42 U.S.C. 2000 e-2.

4. The Plaintiffs made the demonstration in accordance with the law as it existed on June 4, 1989 with respect to an Alternative Employment Practice, described in subparagraph (C) referred to by subparagraph (A)(ii) of 42 U.S.C. § 2000e-2(k)(1). The Defendant respondent has refused to adopt such Alternative Employment Practice without valid justification, violating 42 U.S.C. § 2000e-2 of the Civil Rights Act of 1964 as amended in 1991.

5. This Alternative Employment Practice was developed as a private solution after New York State failure of Governors Executive Order 45, which was the settlement provided to the Percy Class in settlement of Percy v. Brennan.

6. The members of the Defendant Class as identified herein have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons, failing to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice.

7. Failure to have an overriding business purpose for not adopting the Alternative Employment Practice entitles the Percy Class to injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice but failed and refuse to adopt it.

8. This action by the Class Plaintiff is to enforce the benefit of the Alternative Employment Practice demonstrated to the industry leaders to persuade the members of the Employer Class Defendant to adopt the Alternative Employment Practice defined in related Case at (Complaint Case 21-cv-01421 Document #1) at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421, Document #6 Attachment #22,.

9. In addition, this action is for breach of contract brought by the Percy Class as third-party beneficiaries for violating conditions of contracts, including but not limited to Presidential Executive Order 11246 ("EO 11246"), document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.and Governor's New York State Executive Order 45 (9 NYCRR 3.45), document #6, attachment 14 in EDNY Case No. 21-cv-001421.

10. Plaintiff will prove by statistical evidence warranting equitable relief by injunction or declaratory judgment against each Defendant individually and as members of the Employer Class Defendant, relief to redress violations of constitutional and civil rights of the Class Plaintiff as proven at the time of trial of this action.

**Precedent, Authority and Jurisdiction**

11.     This action is grounded on the record in US SDNY Case 73-cv-04279, the case file archived as potentially of national significance in St. Louis, Missouri, the case file returned from St. Louis to the National Archives in New York City, returned upon the request on behalf of Plaintiffs, and certified by the National Archives to the United States District Court for the Southern District of New York, which record was then filed by ECF as the Docket on Appeal to the United States Second Circuit Court of Appeals 17-2273.

12.     A lead action (Complaint Case 21-cv-01421 Document #1) has been filed in the US Federal Court for the Eastern District of New York against the State of New York and others for failure of settlement involving New York State Executive Order 45 (9 NYCRR 3.45),("EO 45") document #6, attachment 14 in EDNY Case No. 21-cv-001421. That action is grounded upon the final and enforceable Memorandum/Order ("Memorandum/Order") of Judge Lasker reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, settled by agreement accepting Defendant New York State's offer of EO 45. The problem is that EO 45, document #6, attachment 14 in EDNY Case No. 21-cv-001421, failed and the Percy Class was never notified of the failure - Governor of the State of New York offered a settlement of Percy v. Brennan in case 73-cv-04279 that is unenforceable, paragraphs 528-553 of (Complaint Case 21-cv-01421 Document #1.

13.     Liability is for violation of 42 U.S.C. §§2000e-2, rights secured to the Percy Class as the Complaining Party, liability of the Employer Defendants under the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§§ 2000e-2, 1981, 1983, 1985, and United States EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, for breach of contract where such Employer Defendants have breached contractual conditions requiring compliance with  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, by failing to affirmatively provide equal employment opportunity to members of the Percy Class as third-party beneficiaries to contracts with Employer Defendants, contracts funded from federal funding requiring compliance with the Civil Rights Act, regulations, laws and US constitutional provisions  recited in EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421. Members of the Percy Class are beneficiaries specifically identified in contracts as conditions and obligations where Federal Funding is involved. These conditions of contracts specify compliance with EO 11246. document #6, attachment 21 in EDNY Case No. 21-cv-001421

14.     The Alternative Employment Practice under the Civil Rights Act of 1964, and specifically 42 USCA §2000e-2 and §2000d as amended in 1991 (the "Civil Rights Act"), is delivered with workers' compensation coverage. All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, workers' compensation coverage also includes safety training and loss control management.

15.     Using workers' compensation coverage as the delivery method for the Alternative Employment Practice to provide apprenticeship for new hires and continuing education for existing employees, the practice provides skills to educate workers to competently and safely perform

work, protect themselves and people with whom they come into contact. Too long employees have struggled without being provided the skills necessary to protect themselves and the communities they serve, including the general public with whom they come in contact.

16. The Percy Program established apprenticeship programs as an Alternative Employment Practice to be provided with workers' compensation insurance coverage as part of safety management and loss control. All employment is covered by workers' compensation insurance. The Alternative Employment Practice set forth at (Complaint Case 21-cv-01421 Document #1) the Alternative Employment Practice at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421 Document #6 Attachment #22, incorporates apprentice training into the workers' compensation loss control and safety training of employees, by enrolling new entrants to the workforce to work alongside existing journeypersons, growing the depth of skilled workers, skilled workers whose ranks are being diminished through age and attrition. The workers' compensation carrier subsidizes the apprenticeship programs by recognizing the savings in reduction of losses which reduces the exposures and liabilities of the claims required to be paid by the workers' compensation insurance carrier. The Alternative Employment Practice is delivered as a function of safety and loss control management with workers' compensation through paid on-the-job apprentice training and continuing education involving apprentice training under the Fitzgerald Act (29 U.S.C. §50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Bureau of Apprenticeship and Training (BAT) and C.F.R. T. 29, Subt. A, Pt. 29 and Pt. 30, made a part of workers' compensation coverage required of all employment.

17. Although the employers are not named in the original Percy v. Brennan case, Case 73-cv-04279. reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Employers Defendants in fact are required to provide real affirmative action.

18. The Percy Class has been constantly denied access to apprenticeship to gain skills to compete for employment, entitling the Percy Class to actual damages for lost wages, for lost opportunity compensation, damages also affecting members of the Percy Classes' children and families, significantly disadvantaged in education and skills, struggling to get a job.

## VENUE

19. The basis of the venue in the United States Federal Court for the Eastern District of New York is because a substantial part of the events giving rise to the claims made herein occurred in the Eastern District of New York, Albert E. Percy resides in the Eastern District of New York, and Plaintiff Percy Class is predominately situated in the Eastern District of New York.

## PARTIES

**Plaintiffs:**

20. Plaintiff Albert E. Percy, ("Percy") certified as the class representative of the certified class by Judge Lasker in the Memorandum/Order at 384 F Supp 800, page 811, [S.D.N.Y. 1974] in Case

73-cv-04279, and at document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Class certified in Percy v. Brennan, Federal District Court SDNY Case 73-cv-04279, reported at 384 F. Supp 800, at Page 808, docketed in US 2nd Circuit Court of Appeals appeal No. 17-2273 Docket #97 page 0003 and Docket #99 page 640, and document #6, attachment 3 in EDNY Case No. 21-cv-001421 (the "Percy Class") is fully capable of learning to perform and/or performing skilled occupations as apprentices and journeypersons. Percy, as the Complaining Party, a member of the Percy Class, was denied equal employment opportunities, and remains a proper representative of the Percy Class. Percy's personal and business interests and the claims hereinafter set forth are fully aligned with those of the Class.

21.   Standing was found by the Lasker Court in its Memorandum/Order stating the Percy Class has alleged "such a personal stake in the outcome of the controversy as to assure that concrete adverseness which sharpens the presentation of issues upon which the court so largely depends for illumination of difficult constitutional questions" citing "Baker v Carr, 369 US 186,(1962) 82 S Ct 691, 7 L Ed 2d 663, document #6, attachment #6, in EDNY Case No. 21-cv-001421 (see Flast v Cohen, 392 US 83, (1968), 88 S Ct 1942, 20 L Ed 2d 947 (1968))" document #6, attachment #7, EDNY Case No. 21-cv-001421. In Percy v. Brennan, black and Spanish-surnamed workers were alleged to "have been and continue to be denied employment in the New York construction industry, demonstrating the Percy Class continues to have a personal stake", 384 F Supp 800, page 808 [S.D.N.Y. 1974], document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, page 684.

22.   The Memorandum/Order of Judge Lasker in the Percy Action, Percy v. Brennan, 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421, page 811 in 17-2273, Docket #99, Appendix 1, Volume 3, page 660, granted Plaintiffs motion to be maintained as a class and found standing to seek relief for the enforcement of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421 as a class of persons that EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC was designed to protect from injuries resulting from racial discrimination within the protections of the Fifth and Fourteenth Amendments to the Constitution, 42 USC 1981, and has met the requirements of subdivisions 2 and 3 of FRCP 23. See also, Docket #99, Appendix 1, Volume 3, page 653 in 2nd Circuit Appeal 17-2273.

23.   The Class defined and certified by Judge Lasker in Case 73-cv-04279 was "all black and Spanish-surnamed persons who are capable of performing, or capable of learning to perform, construction work, and who wish to perform construction work within the jurisdiction of unions that are members of the Defendant Building and Construction Trades Council of Greater New York" with Plaintiff Albert Percy designated as the Class Representative (384 F Supp 800, at page 811, document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, Page 660).

24.   The Order certifying the Class in Case 73-cv-04279 is at 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421 and 17-2273 Docket 97, Appendix 1, Volume 3 of 3, page 640

25.   Plaintiff Percy Jobs and Careers Corporation is an Internal Revenue Code 501(c)(3) non-profit managing apprentice training at the Maritime College State University Of New York, PO Box 351, 6 Pennyfield Ave, Bronx, NY 10465.

**Defendants:**

26.   Defendants are named individually and as representatives of a class of employers ("Employer Defendants") to which the Plaintiff has demonstrated an alternative employment practice ("Alternative Employment Practice"). The Defendants are industry leaders identified as class representatives with the expectation that those industry leaders will protect the interests of the Class, being employers to which the Plaintiff demonstrated the Alternative Employment Practice in an effort by the Plaintiff to persuade the specifically identified Employer Defendants which number 8,773 as set forth on Attachment #1.

## NUMEROSITY

27.   The number of members of the Percy Class are essentially unenumerable but are not indeterminate as certified in the Percy v. Brennan action Case 73-cv-04279 being enforced here.

28.   The Class defined and certified by Judge Lasker, as all black and Spanish surnamed persons residing in and about the City of New York is an extremely large class. To identify the Class, Percy counsel has caused to be sent out long overdue Notices of Settlement as Notices of Enforcement of the Settlement of Percy v. Brennan Case 73-cv-04279. Included in the mailing the Alternative Employment Practice demonstrated to and urged that the Employer Defendants adopt. This identification will provide specificity as to the members of the Percy Class entitled to relief.

## COMMON ISSUES OF LAW AND FACT

29.   The issues of law and fact determining the claims of the Percy Class, that the Employers Defendants named in this action, have caused, are causing, and will continue to cause serious, permanent and irreparable economic and social injury and damage to the Percy Class, are common to all members of the Class.

30.   The common issues of law and fact must be determined in order to fashion an appropriate equitable remedy and provide relief for the benefit of the Percy Class.

## JUDICIAL ECONOMY

31.   This action avoids the prosecution of separate actions by multiplicity of actions involving the same individual members of the Percy Class and the same Owners which would create a likelihood of inconsistent or varying adjudications with respect to individual members of the Percy Class.

32.   The Percy Class has been denied and deprived of an opportunity to compete effectively within the American free enterprise system and as a result the members of the Percy Class have

sustained serious and ongoing damages, that if the wrongdoing of the Defendants is not enjoined and prevented, chronic damage will continue unabated.

### AS AND FOR A FIRST CAUSE OF ACTION

33.  The Plaintiffs repeat and reiterate the allegations set forth above as though fully set forth herein.

34.  The Percy Program (paragraphs 241 – 274, paragraphs 275 – 276, and paragraph 275 – 280 of (Complaint Case 21-cv-01421 Document #1), presented as the Alternative Employment Practice, is delivered as a function of safety and training with workers' compensation under the covered payroll. The Percy Program is an Alternative Employment Practice, an element of a workers' compensation coverage. Apprenticeship is a function of safety training and loss control management of workers' compensation insurance, apprentices recruited and sponsored through employment or provided through a subcontract with apprentice training under the National Apprenticeship Act of 1937 occurring by three methods: (1) coordinated with joint apprenticeship labor-management counsel involving unions, (2) by sponsorship by an employer, or (3) by sponsorship by a trade association.

35.  All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, this Alternative Employment Practice of apprentice training is covered as part of workers' compensation coverage as registered apprenticeship with risk-management, safety training and loss control.

36.  The Plaintiff is able to meet its burden of production and persuasion proving that there was a less discriminatory alternative method of employment practice available that the Employer Defendants could have adopted, failing to adopt the Alternative Employment Practice without valid justification is an unlawful employment practice violating 42 U.S.C. § 2000e-2(k)(1)(A)(ii) and (k)(1)(C) of the Civil Rights Act of 1964 as amended in 1991.

37.  The Alternative Employment Practice answers the need for the Percy Class to obtain competitive skills by utilizing registered apprenticeship meeting the requirements of the Fitzgerald Act (29 U.S.C. § 50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Office of Apprenticeship and Training (BAT) and 29 C.F.R, Subt. A, Pt. 29 and Pt. 30. Apprenticeship is the process of learning a skilled occupation through both on-the-job training (practical, paid experience) and learning the related technical knowledge in a classroom. Candidates must be 18 years old and possess a GED (the Alternative Employment Practice will help a candidate obtain a GED). Enrollment must be done openly under the procedures established by federal and state regulations for Minimum Qualifications Review and Eligibility List Ranking using for: educational achievement, work experience, seniority, job aptitude, oral interview, and general demographic inquiries to determine a score for ranking for eligibility to be enrolled in OJT and continuing education.

38.  Plaintiff Percy and the Class he represents are entitled to injunctive relief as demanded and actual damages for lost wages, for lost opportunity and compensation as money damages for the

families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to compensation as money damages to be determined at trial in this litigation.

39.   The members of the Percy Class have been and are ready, willing and able to work, persistently wanting to work, but have been constantly deprived and denied work, damaging the members of the Percy Class, and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial.

**AS AND FOR A SECOND CAUSE OF ACTION**

40.   Upon information and belief, Defendant has accepted Federal funding containing conditions of compliance with Civil Rights Act of 1964 and  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.

41.   Government Agencies set forth in Complaint Case 21-cv-01421 Document #1  are charged with enforcing  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC and laws as contractual conditions to Federal Funds for public work facilities, and are therefore liable for the foregoing lost wages, lost benefits and lost opportunity to which the Percy Class is entitled as intended beneficiaries.

42.    EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC seeks to implement the anti-discrimination program of the Civil Rights Act of 1964 and is directed at all government contractors. Section 2 02(1) of the Order provides: "The contractor will take affirmative action to ensure equal employment opportunity. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship", 30 Fed. Reg. 12, 319 (1965), the "color blind" approach envisioned in  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC,  §202(1) of  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, 30 Fed. Reg. 12, 319(1965), provides that: The contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.

43.   The necessary elements of a prima facie cause of action for violation of 42 U.S.C. §2000e-2 exists, depriving rights thereunder, secured to the Percy Class as the Complaining Party by the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§ 1981, 1983, 1985, and such employer has breached contractual conditions requiring compliance with  EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC).

44. The Employer Defendants and the Class of Defendant Employers have ignored the mandate of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, as well as several other federal regulations specifically identified in the contract, causing and continuing to cause disparate impact discrimination that these statutes, orders, and regulations were designed to remedy.

45. Plaintiff Percy and the Class he represents are entitled to injunctive relief and actual damages for lost wages, for lost opportunity and compensation as money damages for the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to  compensation as money damages to be determined at trial in this litigation.

## RELIEF

Plaintiffs collectively pray that this Court:

On the First Cause of Action, injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice, have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice, and damages must be stopped and rectified;

On the Second Cause of Action, award Plaintiffs actual damages for lost wages and benefits and lost opportunity damages to the Percy Class and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial;

Award Plaintiffs liquidated damages to be determined;

Award Plaintiffs pre- and post-judgment interest at the statutory rate;

Award Plaintiffs attorneys' fees, expert fees, costs, and disbursements;

Award Plaintiffs further and additional relief as this Court deems just and proper; and

Treating this as a Private Attorney General Action under 42 U.S.C. 1988 insofar as may be necessary to provide the relief requested in this Complaint together with reimbursement of attorney fees, expert fees, costs and disbursements;

All together with such other and further relief as shall seem just and proper under the circumstances.

**Pursuant to Fed. R. Civ. P. 39, demand is made for trial by jury on all the issues so triable.**

Dated: April 27, 2021

/s/James M. Kernan

17

KERNAN PROFESSIONAL GROUP, LLP

James M. Kernan, Esq., of Counsel
Bar Role # JK1242
26 Broadway, 19th Floor,
New York, New York 10004
Phone:(212) 697-9084
Fax (212) 656-1213
jkernan@kernanllp.com

<u>ATTACHMENT 1</u>

<u>DEFENDANTS AND THEIR PLACE OF BUSINESS</u>
Manhattan Telecommunications Corporation, 55 Water St, Fl 32, New York, NY 10041;
Manhattan Youth, 120 Warren St, New York, NY 10007;
Manhattan's Physicians Group, 4337 Broadway, New York, NY 10033-2411;
Manhattanville Health Care Ctr, 311 W 231st St, Bronx, NY 10463-3804;
Manhatten Physicians Group, 215 W 125th St # 2, New York, NY 10027-4426;
Manny P Concrete, 14404 Liberty Ave Ste A, Jamaica, NY 11435-4830;
Manor Dental Management Inc., 66 Covert Ave, Stewart Manor, NY 11530;
Manor Paving Co, 779 S 3rd Ave, Mt Vernon, NY 10550-4916;
Mansour Zandieh, 18 Whitney Circle, Glen Cove, NY 11542;
Manufacturing Zierick, 131 Radio Circle Dr, Mt Kisco, NY 10549-2623;
Maple Medical, 143 Maple Ave, White Plains, NY 10601-4705;
Mapos LLC, 2 E Broadway # 7, New York, NY 10038-1073;
Maraj Electric Inc, 6615 Thornton Pl Apt 2h, Rego Park, NY 11374-5130;
Marathon, 22018 Horace Harding Expy, Bayside, NY 11364;
Marble Works, 681 Saw Mill River Rd, Yonkers, NY 10710-4004;
Marcel At Gramercy Park, 201 E 24th St, New York, NY 10010-3801;
Marcel Cleaners, 56 E 116th St, New York, NY 10029-1147;
March Associates Construction Inc, 601 Hamburg Turnpike, Suite 301, Wayne, NJ 07470-2042;
Marchuska Brothers Construction, 436 Airport Rd,Endicott,NY,13760;
Marcus & Pollack Llp, 633 3rd Ave # 9, New York, NY 10017-6796;
Marcus Brothers Textiles Inc, 980 Avenue Of The America #300, New York, NY 10018-9852;
Marcus Garvey Nursing Home, 810 Saint Marks Ave, Brooklyn, NY 11213;
Marcus Rosenberg & Diamond LLC, 488 Madison Ave # 1701, New York, NY 10022-5714;
Marel Electrical Svc Inc, 964 Front St, Uniondale, NY 11553-1648;
Marfi Contracting Corp., 500 Ocean Ave East Rockaway, NY 11518;
Margaret G Klein & Assoc, 200 Madison Ave # 3, New York, NY 10016-3901;
Margaret Tietz Nursing & Rehab, 16411 Chapin Pkwy # 1, Jamaica, NY 11432-1816;
Margo Chase Design Inc, 220 E 23rd St # 601, New York, NY 10010-4660;
Margolin Winer & Evens Llp, 400 Garden City Plz # 500, Garden City, NY 11530-3323;
Mariani Restoration & Roofing, 22 S Washington Ave, Hartsdale, NY 10530-2304;
Maric Mechanical Contractors, 1903 75th St East Elmhurst, NY 11370;
Maric Mechanical Inc., 1953 46th St, Astoria, NY 11105;
Maric Plumbing & Heating Inc, 5040 69th Pl Woodside, NY 11377;
Marin & Montanye Llp, 1461 Rxr Plz, Uniondale, NY 11556-1461;
Marin Architects, 57 W 38th St Fl 10, New York, NY 10018-1297;
Marin Management, 157 E 25th St, New York, NY 10010-2313;
Marina Maher Communications, LLC, 830 3rd Ave, Fl 12, New York, NY 10022;
Marine Park Radiology Pc, 2270 Kimball St # 102, Brooklyn, NY 11234-5158;
Marino Organization, 747 3rd Ave # 18, New York, NY 10017-2879;
Marino's Real Italian Ices Co, 12910 91st Ave, Richmond Hill, NY 11418-3317;
Maritime Activity Reports Inc, 118 E 25th St # 2, New York, NY 10010-2994;
Maritime Hotel, 363 W 16th St, New York, NY 10011-5902;
Marjorie Basser Dialysis, 327 Beach 19th St, Far Rockaway, NY 11691-4423;
Mark, Po Box 2460, New York, NY 10021-0058;

Market Data Svc Ltd, 1410 Broadway # 2101, New York, NY 10018-5008;
Marketing Directors Inc, 750 Lexington Ave # 18, New York, NY 10022-9822;
Marketresearch.Com, 641 Avenue Of The Americas, New York, NY 10011-2014;
Markhoff & Mittman Pc, 120 Bloomingdale Rd # 401, White Plains, NY 10605-1542;
Markit Group Limited, 620 8th Ave, Fl 35, New York, NY 10018;
Markland 745 LLC, 2447 3rd Ave, Bronx, NY 10451-6302;
Marks O'neill O'brien Courtney, 708 3rd Ave # 2500, New York, NY 10017-4233;
Marla Construction Inc, 74 14th St, Brooklyn, NY 11215-4608;
Marlow & Eiges, 111 John St # 800, New York, NY 10038-3180;
Marlton Hotel, 5 W 8th St # 2, New York, NY 10011-9099;
Marmara Manhattan, 301 E 94th St # 1, New York, NY 10128-4719;
Marmer Brothers Const-Piles, 2810 Morris Avenue, Union, NJ 07083;
Marrakech Hotel, 132 W 47th St, New York, NY 10036-1502;
Marrinan & Mazzola Mardon Pc, 26 Broadway # 17, New York, NY 10004-1814;
Marrinan And Mazzola Mardon, P. C., 26 Broadway, Fl 17, New York, NY 10004;
Marriott, 1535 Broadway, Frnt, New York, NY 10036;
Mar-Sal Plumbing & Heating Inc, 10111 97th Ave, Ozone Park, NY 11416-1706;
Mar-Sal Plumbing & Heating Inc, 929 Bay Ridge Ave Brooklyn, NY 11219;
Marsh And Mclennan Companies, Inc., 1166 Avenue Of The Americas, Bsmt B, New York, NY 10036;
Marshall And Moss Llp, 1400 Old Country Rd, Ste 406, Westbury, NY 11590;
Marshall Cavendish Printing, 800 Westchester Ave # N641, Rye Brook, NY 10573-1360;
Marshall Conway & Bradley Pc, 45 Broadway # 740, New York, NY 10006-4009;
Marston Strategic Comms LLC, 555 Madison Ave # 5, New York, NY 10022-3410;
Marston Webb Intl, 270 Madison Ave # 1203, New York, NY 10016-0601;
Martha Stewart Living, 226 W 26th St # 4, New York, NY 10001-6700;
Martin A Gleason Funrl Hm LLC, 14920 Northern Blvd, Flushing, NY 11354-4398;
Martin Brudnizki Design Studio, 227 W 29th St # 9f, New York, NY 10001-5565;
Martin De Porres School, 13625 218th St, Laurelton, NY 11413;
Martin Greenfield Clothiers, 239 Varet St, Brooklyn, NY 11206-3823;
Martinique Hotel Affiliates, 49 W 32nd St, New York, NY 10001-3811;
Marubeni Specialty Chemicals, 10 Bank St, Ste 740, White Plains, NY 10606;
Marulli & Assoc, 5 Hanover Sq # 402, New York, NY 10004-2760;
Marval Industries, 307 Hoyt Ave, Mamaroneck, NY 10543-1836;
Marvel Architects, 145 Hudson St, Fl 3, New York, NY 10013-2103;
Marwood Group, 733 3rd Ave # 1101, New York, NY 10017-3232;
Marx Development Group, 15813 72nd Ave Ste 2d, Flushing, NY 11365-4138;
Mary Ann Liebert, Inc, 140 Huguenot St, Fl 3rd, New Rochelle, NY 10801;
Mary Manning Walsh Home, 1339 York Ave, New York, NY 10021-4707;
Mary Mcdowell Friends School, 20 Bergen St, Brooklyn, NY 11201-6302;
Mary Nittolo Inc, 12 W 27th St # 11, New York, NY 10001-6903;
Maryellen Dmd, 1016 Brown St, Ste 203, Peekskill, NY 10566;
Marymont Group, 220 5th Ave # 4, New York, NY 10001-7708;
Marymount Convent, 50 Wilson Park Dr, Tarrytown, NY 10591;
Marymount Manhattan College, 221 E 71st St, New York, NY 10021;
Mashable.Com, 304 Park Ave S, New York, NY 10010-4301;
Mashreqbank Psc New York, 17 State St, Ste 2230, New York, NY 10004;

Maspeth Fed Savings And Loan, 5618 69th St, Maspeth, NY 11378;
Maspeth Supply Co. LLC., 55-14 48th St,Queens,NY,11378;
Maspeth Welding Inc, 5930 54th St, Maspeth, NY 11378-3004;
Mass Electric Construction Co., 8855 76th Ave Glendale, NY 11385;
Massachusetts Department, 989 Ave Of The Americas # 14, New York, NY 10018-5480;
Massey Knakal Realty Services, 275 Madison Ave, Fl 3, New York, NY 10016;
Mast Brothers Inc, 92 S Moger Ave, Mt Kisco, NY 10549-2208;
Master Purveyors Inc, 355 Food Center Dr # B14, Bronx, NY 10474-7577;
Mastercargo Inc., 10 5th St, Ste 102, Valley Stream, NY 11581;
Masterpiece Usa Inc., 1857 41st St Astoria, NY 11105;
Mataci Inc, 247 W 35th St # 15, New York, NY 10001-1915;
Matcosvc Corp, 584 Mineola Ave, Carle Place, NY 11514-1759;
Matel Realty LLC, 303 E 6th St, New York, NY 10003;
Matomy U.S.A., Inc., 77 Water St, Fl 12, New York, NY 10005;
Matov Industry Inc, 1011 40th Ave, Long Island City, NY 11101-6105;
Matrix Enterprises Ltd, 525 Broadway # 7, New York, NY 10012-4411;
Matson Driscoll & Damico Llp, 120 Broadway # 2830, New York, NY 10271-0013;
Matthew & Tony Gen Landscpg, 78 N Central Ave # 1, Elmsford, NY 10523-2565;
Matthew Brew & Assoc LLC, 421 Walton St, West Hempstead, NY 11552-3052;
Matthew Dontzin Law Offices, 6 E 81st St, New York, NY 10028-0201;
Matthew Funeral Hm-Cremation, 2508 Victory Blvd, Staten Island, NY 10314-6636;
Matthews & Co, 270 Madison Ave # 16, New York, NY 10016-0600;
Mattone Mattone Mattone Llp, 13401 20th Ave, Flushing, NY 11356-2428;
Mattos Filho Veiga Filho, 34 E 51st St # 12, New York, NY 10022-7079;
Mattys Electric Inc, 280 Mallard Rd, Carle Place, NY 11514;
Maureen Data Systems, 307 W 38th St # 1801, New York, NY 10018-9510;
Mavrides Moyal & Assoc Llp, 276 5th Ave # 404, New York, NY 10001-4527;
Max Builders, Inc., 15801 North Conduit Avenue 1st, Jamaica, NY 11434;
Maximum Cabling Nyc, 195 Nagle Ave # 6l, New York, NY 10034-0659;
Maximum Management Corp, 2 Park Ave, Frnt 3, New York, NY 10016;
Maximum Security Products Corp, 3 School House Ln, Waterford, NY 12188-1931;
Maximus, 358 E 149th St, Bronx, NY 10455;
Maxwell Construction Consltng, 36 Hollywood Ave E, Tuckahoe, NY 10707-3096;
Maxwell Medical, 111 Broadway # 503, New York, NY 10006-1981;
Maxwell Plumb Mechanical, 4320 203rd St, Bayside, NY 11361-2560;
Maxx Mail Usa, Po Box 1421, New York, NY 10018-0021;
Mayco Building Svc Inc, 5 Dakota Dr # Ll9, New Hyde Park, NY 11042-1107;
Mayerson Abramowitz & Kahn Llp, 444 Madison Ave # 601, New York, NY 10022-6972;
Mayfair Care Center, 100 Baldwin Rd, Hempstead, NY 11550;
Mayfair Power Systems, 347 N Main St, Freeport, NY 11520;
Maystreet LLC, 135 W 26th St # 2, New York, NY 10001-6921;
Maytex Mills, 261 5th Ave # 1701, New York, NY 10016-7701;
Mazars Usa Llp, 135 W 50th St, Fl 13, New York, NY 10020;
Mbaf Cpas LLC, 440 Park Ave S, Fl 3, New York, NY 10016;
Mbi, 48 W 37th St, Fl 9, New York, NY 10018;
Mc Dermontt Will & Emery, 340 Madison Ave # 17, New York, NY 10173-1922;
Mc Elfish Law Firm, 122 E 42nd St # 2100, New York, NY 10168-2199;

Mc Glynn Hays & Co Inc, 605 W 47th St, New York, NY 10036-1908;
Mc Greevy's Pub, 468 Ashford Ave, Ardsley, NY 10502-2160;
Mc Kenzie-Douglass LLC, 104 Broad St, New York, NY 10004-2101;
Mc2, 3 Alpine Ct, Chestnut Rdg, NY 10977;
Mcaloon & Friedman Pc, 1 State St # 23, New York, NY 10004-1561;
Mccabe Collins Mcgeough, Po Box 9000, Carle Place, NY 11514-9000;
Mccabe Weisberg & Conway, 145 Huguenot St # 210, New Rochelle, NY 10801-5252;
Mccall Pattern Co, 120 Broadway, Fl 34, New York, NY 10005;
Mccann-Erickson Usa, Inc., 622 3rd Ave, Fl 16, New York, NY 10017;
Mccourt Global, 888 7th Ave Fl 43, New York, NY 10106-4401;
Mccue Sussmane Zapfel, 420 Lexington Ave # 2250, New York, NY 10170-2299;
Mccullough Goldberger Staudt, 1311 Mamaroneck Ave # 340, White Plains, NY 10605-5222;
Mcdonnell & Adels, 401 Franklin Ave # 200, Garden City, NY 11530-5942;
Mcfar Construction, 99 Cottage Pl, Mineola, NY 11501-3013;
Mcgarry Bowen LLC, 601 W 26th St # 1150, New York, NY 10001-1154;
Mcgraw-Hill Education, 1325 Avenue Of The Americas, Bsmt 1, New York, NY 10019;
Mch, 961 Sierra Vista Ln, Vly Cottage, NY 10989;
Mchugh Furnishings LLC, 125 Laser Court Hauppauge, NY 11788;
Mci Drywall Inc, 3754 Perry St, Jefferson Valley, NY 10535-1308;
Mckissack & Mckissack, 1001 Ave Of The Americas, New York, NY 10018;
Mclane Company, Inc., 110 Wall St, Ste 2401, New York, NY 10005;
Mclaren Engineering Group, 100 Snake Hill Rd, Ste 2, West Nyack, NY 10994;
Mcmahon Martine & Gallagher, 55 Washington St # 720, Brooklyn, NY 11201-1064;
Mcnamara Salvia, 45 West 45th Street 10th Floor, New York, NY 10036;
Mcnamee Construction Corp, Po Box 182, Lincolndale, NY 10540-0182;
Mcneilly Wood Products Inc., 120 Neelytown Rd, Campbell Hall, NY 10916;
Mcvac Environmental Services Inc., 481 Grand Ave, New Haven, Ct 06513-3800;
Md Building Svc, 315 W 39th St # 1300, New York, NY 10018-3914;
Mdi Consultants Inc, 55 Northern Blvd # 100, Great Neck, NY 11021-4058;
Mdrc, 3 World Financial Ctr, Fl 23, New York, NY 10281;
Meadow Park Rehab And Healthcare Center, 7810 164th St,, Fresh Meadows, NY 11366;
Mecc Contracting Inc, 21 Autumn Ave, Brooklyn, NY 11208-1511;
Mec-Con Associates Inc, 3100 47th Ave Long Island City, NY 11101;
Mechanical Electric Corp, 876 Jamaica Avenue Brooklyn, NY 11208;
Meco Elec. Co. Inc., 56 West St, Staten Island, NY 10310;
Med Tech Professional Billing, 1 Radisson Plz # 701, New Rochelle, NY 10801-5770;
Medalliance Medical Health Services, 625 E Fordham Rd, Bronx, NY 10458;
Medallion Associates Ltd, 37 W 20th St # 4, New York, NY 10011-3791;
Medallion Financial Corp., 437 Madison Ave, Fl 38, New York, NY 10022;
Medco Enterprises, 2323 Eastchester Rd, Bronx, NY 10469-5910;
Medeo & Fasano, 299 Broadway # 810, New York, NY 10007-1972;
Media Analyzer Software, 3 W Main St, Irvington, NY 10533-3504;
Media Farm Solutions LLC, 37 W 20th St # 1203, New York, NY 10011-3712;
Mediacom Worldwide LLC, 175 Greenwich St, Fl 16, New York, NY 10007;
Mediamath, Inc., 415 Madison Ave, Fl 3, New York, NY 10017;
Mediamax Network, 400 Columbus Ave # 124s, Valhalla, NY 10595-3307;
Medicaid-Genius Coml, 58 School St, Glen Cove, NY 11542-2547;

Medical Access, 12 Cresthill Dr, Apt C, Nyack, NY 10960;
Medical Arts Radiology, 146 Manetto Hill Rd, Plainview, NY 11803-1308;
Medical Associates Of NY, 401 E 55th St, New York, NY 10022-6158;
Medical Business Systems Inc, 5 W Main St # 200, Elmsford, NY 10523-2437;
Medical Examiners, 2251 Hempstead Tpke, East Meadow, NY 11554-1856;
Medical Group N Star, 14 Church St # 106, Ossining, NY 10562-4821;
Medical Imaging Of Manhattan, 635 Madison Ave # 16, New York, NY 10022-1009;
Medical Letter, 145 Huguenot St # 312, New Rochelle, NY 10801-7537;
Medical Oncology Assoc Of Li, 40 Crossways Park Dr # 103, Woodbury, NY 11797-2038;
Medical Renal Assoc Pc, 1578 Williamsbridge Rd # 2, Bronx, NY 10461-6268;
Medi-Ray Inc, 150 Marbledale Rd, Tuckahoe, NY 10707-3197;
Medisys Health Network, 9120 Atlantic Ave, Ozone Park, NY 11416-1527;
Medi-Tech International Corporation, 26 Court St, Ste 1301, Brooklyn, NY 11201;
Medrite Urgent Care, 919 2nd Ave, New York, NY 10017-1582;
Medstaff, 261 Madison Ave # 2, New York, NY 10016-2303;
Medzone Medical Resources, 9453 240th St, Floral Park, NY 11001;
Mega Contracting Inc, 4802 25th Ave Ste 400, Astoria, NY 11103-1027;
Mehta D Cyrus & Partners PLLC, 1 Battery Park Plz # 9, New York, NY 10004-1774;
Meigh Trim Construction Corp, 329 Pleasant Ave # 2a, New York, NY 10035-5046;
Meister Seelig And Fein Llp, 125 Park Ave, Fl 7, New York, NY 10017;
Mej Personal Business Svc Inc, 245 E 116th St, New York, NY 10029-1402;
Mejane, 1407 Broadway # 1405, New York, NY 10018-2843;
Melcher Media, 124 W 13th St, New York, NY 10011;
Melito Construction Corp, 1005 Glen Cove Ave # 102, Glen Head, NY 11545-1585;
Melrose Credit Union, 13930 Queens Blvd, Briarwood, NY 11435;
Meltzer Lippe & Goldstein, 190 Willis Ave # Gl, Mineola, NY 11501-2643;
Memorial Sloan Kettering Cancer Center, 633 3rd Ave, Rear 6, New York, NY 10017;
Menaker & Herrmann Llp, 10 E 40th St # 25, New York, NY 10016-0201;
Mendes & Mt Llp, 750 7th Ave # 24, New York, NY 10019-9399;
Mendes And Mount Llp, 750 7th Ave, Fl 24, New York, NY 10019;
Mendon Road Svc, 362 Kingsland Ave, Brooklyn, NY 11222-1905;
Menicucci Villa & Assoc PLLC, 450 Fashion Ave # 2205, New York, NY 10123-2205;
Menorah Home & Hospital, 1516 Oriental Blvd, Brooklyn, NY 11235-2328;
Mental Health Ctr-Northeast, 113 Glen Cove Ave, Glen Cove, NY 11542-3438;
Mental Hlth Assn Of Westchester, Inc, 580 White Plains Rd, Ste 510, Tarrytown, NY 10591;
Mercer LLC, 1166 Avenue Of The Americas, Bsmt A, New York, NY 10036;
Merchandising Workshop, 119 E 38th St, New York, NY 10016-2601;
Merchants, 1225 1st Ave, New York, NY 10065;
Mercury & Earth LLC, 15 E 40th St # 100, New York, NY 10016-0411;
Mercury Paint Corp, 4808 Farragut Rd, Brooklyn, NY 11203-6691;
Mercy College, 555 Broadway, Frnt, Dobbs Ferry, NY 10522;
Mercy Medical, 49 W Merrick Rd # 101, Freeport, NY 11520-3751;
Mercyfirst, 12110 Rockaway Blvd, Jamaica, NY 11420-2427;
Meridian Design Assoc, 1140 Broadway # 6, New York, NY 10001-7504;
Merkin Concert Hall, 129 W 67th St, New York, NY 10023-5915;
Merkley + Partners Inc., 200 Varick St, Lbby 2, New York, NY 10014;
Merlin Usa, 154 Grand St # 5, New York, NY 10013-3141;

Merrill Lynch Group, Inc., 4 World Financial Ctr, Fl 4, New York, NY 10080;
Merritt And Harris Inc, 90 John St, Rm 503, New York, NY 10038;
Mertz Gilmore Foundation, 218 E 18th St, New York, NY 10003;
Mestel & Co, 360 Lexington Ave # 1100, New York, NY 10017-6556;
Meta Healthcare It Solutions, 401 Franklin Ave # 106, Garden City, NY 11530-5942;
Metal Stone Constr Inc, 3506 Farrington St, Flushing, NY 11354-2827;
Metallized Carbon Corp, 19 S Water St, Ossining, NY 10562-4633;
Metals Treatment Tech., 14045 W 66th Ave,Arvada,Co,80004;
Metals, 2000 Inc 254 E 68th St Apt 5e New York, NY 10021;
Metamako, 110 Wall St # 3, New York, NY 10005-3842;
Metarythm Inc, 245 W 29th St # 6fc, New York, NY 10001-5429;
Metlife, 200 Park Ave, Lowr 4, New York, NY 10168;
Metralite Inc, Po Box 545467, Flushing, NY 11354-7967;
Metric Services Inc, 2820 Borden Ave, Long Island City, NY 11101-3431;
Metro Community Health Care, 921 E New York Ave, Brooklyn, NY 11203-1393;
Metro Construction, 8660 18th Ave, Brooklyn, NY 11214-3702;
Metro East Elevator, 19 Hudson St, New York, NY 10013-3822;
Metro Express Services, 1301 Metropolitan Ave, Brooklyn, NY 11237-1102;
Metro Group Inc., 5023 23rd St, Long Is City, NY 11101;
Metro Health Center, 979 Cross Bronx Expy, Bronx, NY 10460;
Metro North Railroad, 24 Fisher Ln, White Plains, NY 10603;
Metro NY Coordinating Cncl On Jewish Pov, 77 Water St, Ste 702, New York, NY 10005;
Metro One Loss Prevention Svc, 900 South Ave # 200, Staten Island, NY 10314-3427;
Metro Physical And Aquatic Therapy, 800 E Gate Blvd, Garden City, NY 11530;
Metro Source Publishing, 213 W 35th St # 12w, New York, NY 10001-0207;
Metro Steel Fabricators, 5801 Avenue J, Brooklyn, NY 11234-2521;
Metrocom Sales Inc, 250 W 40th St # 4, New York, NY 10018-1535;
Metronome, 915 Broadway # 1, New York, NY 10010-7161;
Metroplus Health Plan, 160 Water St, Fl 3, New York, NY 10038;
Metropolis Group Inc, 22 Cortlandt St # 10, New York, NY 10007-3158;
Metropolitan Center For Mental, 336 Central Park W # 1b, New York, NY 10025-7108;
Metropolitan Commercial Bank, 99 Park Ave, Rm 4l, New York, NY 10016;
Metropolitan Cons. Corp., 9821 101st Ave,Ozone Park,NY,11416;
Metropolitan Construction Corp, 349 Union Ave, Westbury, NY 11590-3231;
Metropolitan Construction, 29-28 41st Avenue Long Island City, NY 11101;
Metropolitan Diagnostic Imgng, 224 7th St # 3, Garden City, NY 11530-5734;
Metropolitan Jewish Health System, 6323 7th Ave, Ste 2, Brooklyn, NY 11220;
Metropolitan Life Insurance Company, 200 Park Ave, Fl 4, New York, NY 10168;
Metropolitan Paper Recycling, Po Box 80381,, Brooklyn, NY 11208;
Metropolitan Public Strategies, 135 E 57th St # 100, New York, NY 10022-2172;
Metropolitan Staffing, 110 E 42nd St # 16, New York, NY 10017-5651;
Metropolitan Transportation Authority, 345 Madison Ave Fl 6, New York, NY 10017-3701;
Metroproof, 220 E 23rd St # 907, New York, NY 10010-4651;
Metro-Suburbia Inc, 711 3rd Ave # 1500, New York, NY 10017-9201;
Mezz Cap, 60 Wall St, Lbby 1, New York, NY 10005;
Mfm Contracting, 335 Center Ave Mamaroneck, NY 10543;
Mg Engineering, 116 W 32nd St # 12, New York, NY 10001-3212;

Mg+, 65 Reade St, New York, NY 10007-0012;

Mgr Equipment Corp, 22 Gates Ave, Inwood, NY 11096-1612;

Mhg Architects, 15 East 32 Street, New York, NY 10016;

Mht Lighting, 1961 Richmond Ter, Staten Island, NY 10302-1201;

Mhw Ltd, 1129 Northern Blvd, Ste 312, Manhasset, NY 11030;

Miami Wall Systems, 701 West 25th Street, Hialeah, Fl 33010;

Michael Anthony Contracting Corporation, 161 Railroad Ave Garden City, NY 11040;

Michael Bellantoni Inc, 121 Lafayette Ave, White Plains, NY 10603;

Michael Faillace & Assoc, 60 E 42nd St # 4510, New York, NY 10165-0012;

Michael Fitzgerald Cntrctng Co, 955 Mclean Ave # A, Yonkers, NY 10704-4160;

Michael Graves & Assoc, 401 W Broadway, New York, NY 10012-4496;

Michael H Brisman Pc, 100 Merrick Rd # 128, Rockville Centre, NY 11570-4821;

Michael Koenen, 160 E 88th St # 10b, New York, NY 10128-2297;

Michael Miller Fabrics, 118 W 22nd St # 5, New York, NY 10011-2416;

Michael Stapleton Associates, 9 Murray St, Fl 2, New York, NY 10007;

Michael Terrani Pc, 200 Garden City Plz # 100, Garden City, NY 11530-3337;

Michaeline Von Drathen,, 235 E 42nd St, Rm 107, New York, NY 10017;

Michelangelo-Starhotels Cllzn, 152 W 51st St, New York, NY 10019-6813;

Michilli Inc, 160 Varick St # 11, New York, NY 10013-1220;

Mick Radio-Nuclear Instuments, 521 Homestead Ave, Mt Vernon, NY 10550-4619;

Micro Contacts Inc, 1 Enterprise Pl # E, Hicksville, NY 11801-2694;

Micro Essential Laboratory Inc, 4224 Avenue H, Brooklyn, NY 11210-3518;

Microbial Drug Resistance, 140 Huguenot St # 3rd, New Rochelle, NY 10801-5215;

Micromedia Systems, 2112 Broadway # 212, New York, NY 10023-2105;

Microtelecom Systems, 626 Rxr Plz, Uniondale, NY 11556-0626;

Mid Hudson Vlly Aids Task Frc, 40 Saw Mill River Rd # 1, Hawthorne, NY 10532-1535;

Mid Island Eye Physicians, 4277 Hempstead Tpke # 109, Bethpage, NY 11714-5706;

Mid Village Preparatory Charter Sch, 6802 Metropolitan Ave, Middle Vlg, NY 11379;

Midboro, 5701 Arlington Ave, Bronx, NY 10471-1500;

Middletown Community Health Ce, Po Box 987,, Middletown, NY 10940;

Middletown Medical, P.C., 111 Maltese Dr, Middletown, NY 10940;

Mid-Island Y Jcc Inc, 45 Manetto Hill Rd, Plainview, NY 11803-1325;

Midland Steel Warehouse Corp, 1120 Leggett Ave, Bronx, NY 10474-6232;

Mid-Manhattan Physician Svc, 800 2nd Ave # 603, New York, NY 10017-9225;

Mid-Ship Group LLC, 145 Main St, Prt Washngtn, NY 11050;

Midtown Office Solutions Inc, 10 W 46th St # 10, New York, NY 10036-4515;

Midtown Surgery Ctr, 305 E 47th St # B, New York, NY 10017-2321;

Midtown Urologic Assoc, 120 E 34th St # 2, New York, NY 10016-4688;

Mid-Westchester Medical Assoc, 33 Davis Ave # 2, White Plains, NY 10605-1015;

Midwood Ambulance And Oxygen Service, In, 2593 W 13th St, Brooklyn, NY 11223;

Midwood Brooklyn Dialysis, 1915 Ocean Ave, Brooklyn, NY 11230-6801;

Mig & Co, 60 E 42nd St # 2137, New York, NY 10165-6233;

Milad Contracting Corp., 2175 Bennett Rd Philadelphia, Pa 19116;

Milan Barua Construction Corp, 217 E 8th St Brooklyn, NY 11218;

Milan Provision Co, 10815 Roosevelt Ave, Corona, NY 11368-2538;

Milberg, 1 Pennsylvania Plz, New York, NY 10119;

Milcetic & Co, 1552 Clintonville St, Whitestone, NY 11357-2621;

Milcon Construction Corp, 142 Dale St West Babylon, NY 11704;
Milestones In Home Care Inc, 24 Roberts St, Farmingdale, NY 11735-5042;
Milford Management, 210 E 65th St # 6h, New York, NY 10065-6670;
Milgo Industrial Inc, 68 Lombardy St, Brooklyn, NY 11222-5234;
Mill Basin Day Camp, 5945 Strickland Ave, Brooklyn, NY 11234-6425;
Mill Paper Box, 355 Kingsland Ave, Brooklyn, NY 11222-1907;
Mill River Club Inc, 103 Mill River Rd, Oyster Bay, NY 11771-2718;
Mill, 451 Broadway # 6, New York, NY 10013-2744;
Millennium Dialysis LLC, 1408 Ocean Ave # 2, Brooklyn, NY 11230-3814;
Millennium Signs & Display Inc, 90 W Graham Ave, Hempstead, NY 11550-6102;
Millennium Tank, 6931 Metropolitan Ave, Middle Village, NY 11379-2101;
Miller & Garofalo, 233 E Shore Rd # 102, Great Neck, NY 11023-2433;
Miller & Milone P C, 100 Quentin Roosevelt Blv #205, Garden City, NY 11530-4843;
Miller Blaker, 620 E 132nd St, Bronx, NY 10454-4603;
Miller Druck Spec Cntrctng Inc, 264 W 40th St # 9, New York, NY 10018-1518;
Miller Health Care Institute, 355 W 52nd St # 7, New York, NY 10019-6239;
Miller Proctor Nickolas Inc, 2 Hudson St, Tarrytown, NY 10591-2496;
Millies Engineering Group, 9711 Valparaiso Dr, Ste A, Munster, In 46321-2910;
Milliman, 1 Penn Plz, Fl 38, New York, NY 10011;
Millin Associates Inc, 303 Merrick Rd # 401, Lynbrook, NY 11563-2510;
Mill-Max Manufacturing Corp, Po Box 300, Oyster Bay, NY 11771-0300;
Millward Brown, LLC, 11 Madison Ave, Ste 1200, New York, NY 10010;
Milman Labuda Law Group, PLLC, 3000 Marcus Ave, Ste 3w3, New Hyde Park, NY 11042;
Milo Kleinberg Design Assoc, 902 Broadway # 17f, New York, NY 10010-6022;
Milrose Consultants Inc, 498 Fashion Ave # 17, New York, NY 10018-6798;
Minaret Corp, 10 W 15th St # 720, New York, NY 10011-6822;
Minds Matter Inc, 590 Madison Ave # 21, New York, NY 10022-2545;
Mindshare Usa, LLC, 175 Greenwich St, Fl 16, New York, NY 10007;
Mine, 353 Foxhurst Rd, Oceanside, NY 11572;
Mineola Alarm, 2136 Merrick Rd, Merrick, NY 11566-4751;
Minerals Technologies Inc., 405 Lexington Ave, Fl 20, New York, NY 10017;
Mines Press Inc, 231 Croton Ave, Cortlandt Mnr, NY 10567;
Minhas Construction Corp., 254 36th St Unit 55, Brooklyn, NY 11232-2499;
Minhas General Contracting, 1037 39th St Brooklyn, NY 11219;
Mini Circuits, 2450 Knapp St, Brooklyn, NY 11235-1006;
Minimal Usa, 511 W 25th St # 809, New York, NY 10001-5562;
Miningham & Oellerich Inc, 1 Park Ave # 12, New York, NY 10016-5820;
Mintz Levin, 666 3rd Ave, Fl 24, New York, NY 10017;
Miracle Makers, 510 Gates Ave, Brooklyn, NY 11216-1506;
Mirae Asset Global Investments (Usa) LLC, 1 Bryant Park, Ste 39, New York, NY 10036;
Miriam Osborn Memorial Home Association, 101 Theall Rd, Rye, NY 10580;
Mirman Markovits & Landau Pc, 291 Broadway # 6, New York, NY 10007-1890;
Miron Construction Co Inc, 722 W 168th St, New York, NY 10032-3727;
Mischon De Reya, 156 5th Ave # 904, New York, NY 10010-7762;
Mission Am 570 Wmca, 111 Broadway # 302, New York, NY 10006-1992;
Mission, 77 Front St, Brooklyn, NY 11201-1006;
Missionary Sisters, 201 E 19th St, Apt 5b, New York, NY 10003;

Missy Farren & Assoc, 301 E 57th St # 1, New York, NY 10022-5997;
Mist Harlem, 46 W 116th St, New York, NY 10026-2509;
Misys, 123 Main St, Fl 8, White Plains, NY 10601;
Mitchel Martin, 307 W 38th St, Rm 1305, New York, NY 10018;
Mitchell And Titus, 80 Pine St, Fl 32, New York, NY 10005;
Mitchell Giurgola Architects, 630 9th Ave # 711, New York, NY 10036-3747;
Mitchell/Martin Inc, 307 W 38th St, Rm 1305, New York, NY 10018;
Mitchell/Martin, 307 W 38th St # 1305, New York, NY 10018-9521;
Mitofsky Shapiro Neville, 152 Madison Ave # 3, New York, NY 10016-5424;
Mitsubishi Ufj Trust And Banking Corp, 1221 Avenue Of The Americas, Fl 10, New York, NY 10020;
Miu & Co, 109 Lafayette St # 6, New York, NY 10013-4143;
Mixonsite, 1501 Abbott Court, Buffalo Grove, Il 60089;
Mizuho Bank Ltd, 1251 Avenue Of The Americas, Fl 31, New York, NY 10020;
Mjg Nursing Home Co Inc, 6323 7th Ave # 2, Brooklyn, NY 11220-4742;
Mjs Construction Consltng LLC, 244 5th Ave # M269, New York, NY 10001-7604;
Mkmg Medical Group, 3630 Hill Blvd # 103, Jefferson Valley, NY 10535-1503;
Mkp Communications Inc, 5 E 16th St # 3, New York, NY 10003-3112;
Mlj Contracting Co., 1445 117th St, College Point, NY 11356-1500;
Mlj Contracting Corp, 1720 Whitestone Expy, Whitestone, NY 11357-3065;
Mlj Contracting Corporation/Tc Electric Jv, 1720 Whitestone Expy, Whitestone, NY 11357-3065;
Mlj Contracting Group, 1445 117th St, Flushing, NY 11356-1565;
Mlmic Services Inc (Donald J Fager And A, 90 Merrick Ave, Ste 701, East Meadow, NY 11554;
Mlmic Services, Inc., 90 Merrick Ave, Ste 700, East Meadow, NY 11554;
Mmc Holding Of Brooklyn, Inc., 4510 16th Ave, Fl 2, Brooklyn, NY 11204;
Mmi Plumbing, 1267 Utica Ave, Brooklyn, NY 11203-5911;
Mms Usa Investments, Inc., 375 Hudson St, Fl 11, New York, NY 10014;
Mmt Sales Inc, 885 2nd Ave # 21a, New York, NY 10017-2240;
Mnh Petroleum, 760 W Merrick Rd, Valley Stream, NY 11580-4827;
Mobile Communication Plus, 34 S Macquesten Pkwy, Mt Vernon, NY 10550-1704;
Mobile Steam Boiler Rental, 525 Homestead Ave, Mt Vernon, NY 10550-4619;
Mobileye Inc, 1350 Broadway # 1600, New York, NY 10018-0904;
Mobiquity Inc, 254 W 31st St # 2, New York, NY 10001-2813;
Mode Construction Corp, 276 Canal St, New York, NY 10013-3517;
Modern Art Foundry Inc, 1870 41st St, Astoria, NY 11105-1025;
Modern Kitchen & Bath, 140 58th St # 8k, Brooklyn, NY 11220-2566;
Modernage Photographic Svc, 1150 Avenue Of The Americas, New York, NY 10036-2701;
Moed Dearmas & Shannon Architects, 80 Broad Street, 9th Floor Suite # 902, New York, NY 10004-2209;
Moet Hennessy Usa, Inc., 85 10th Ave, Fl 2, New York, NY 10011;
Mohab Electrical Contractor, 807 Bergen St,Brooklyn,NY,11238;
Mohan's Precast Usa, Inc., 95-28 150 Th Street Jamaica, NY;
Molloy College, 1000 Hempstead Ave, Rockville Ctr, NY 11570;
Molod Spitz & De Santis, 1430 Broadway # 21, New York, NY 10018-3347;
Momentum Press LLC, 222 E 46th St # 203, New York, NY 10017-2906;
Momentum Worldwide, 161 Avenue Of The Americas, Fl 8, New York, NY 10013;
Mona Shah & Assoc PLLC, 232 Madison Ave # 1001, New York, NY 10016-2912;

Monadnock Construction, Inc., 155 3rd St, Brooklyn, NY 11231;
Mondo, 102 Madison Ave # 7, New York, NY 10016-7585;
Mongiove Associates, 1978 Richmond Ter Staten Island, NY 10302;
Mongodb, Inc., 1633 Broadway, Fl 38, New York, NY 10019;
Monosystems, 4 International Dr # 280, Port Chester, NY 10573-1065;
Monpat Construction Inc., 826 72nd St Brooklyn, NY 11228;
Monroe College, 434 Main St, New Rochelle, NY 10801;
Monsieur Touton Selection Ltd, 129 W 27th St, Fl 9, New York, NY 10001;
Montalbano Condon And Frank Pc, 67 N Main St, Ste 300, New City, NY 10956;
Montana Datacom Inc, 3515 11th St, Astoria, NY 11106-5013;
Montana Electric Decorating, 120 E 131st St, New York, NY 10037-3824;
Monte Fiore, 3 Odell Plz # 1, Yonkers, NY 10701-1414;
Montefiore Medical Center, 54 Prospect Pl, Brooklyn, NY 11217-2803;
Montefiore Nyack Hospital, 160 N Midland Ave, Nyack, NY 10960;
Montefiore Wakefield Campus, 600 E 233rd St, Bronx, NY 10466-2604;
Montefiore's Institute, 141 S Central Ave # 201, Hartsdale, NY 10530-2337;
Montesano Brothers, 76 Plain Ave, New Rochelle, NY 10801-2205;
Monti Concrete Construction Co Inc, 11 Farmview Ct,Lancaster,NY,14086;
Montran Corp, 475 5th Ave # 5, New York, NY 10017-7277;
Montrose Accounting, 505 Park Ave # 20, New York, NY 10022-9306;
Montroy Andersen Demarco, 99 Madison Ave # 14, New York, NY 10016-7419;
Montroy Andersen Inc, 99 Madison Ave # 14, New York, NY 10016-7419;
Moody's Corporation, 250 Greenwich St, Ste 7, New York, NY 10007;
Mordfin, Llp, 150 Great Neck Rd, Ste 201, Great Neck, NY 11021;
Moreen Construction Ltd, 434 E 11th St, New York, NY 10009-4515;
Moreland Construction, 3640 Provost Ave, Bronx, NY 10466-6130;
Moretrench, 51 Smart Avenue, Yonkers, NY 10704;
Morgan Construction NY Inc, 57 Allen St, New York, NY 10002-5303;
Morgan Stanley And Co., 1585 Broadway, Lowr B, New York, NY 10036;
Morgan Stanley, 1221 Avenue Of The Americas, Ste C2e, New York, NY 10020;
Morgan, Lewis And Bockius Llp, 101 Park Ave, Fl 40, New York, NY 10168;
Morganti Group Inc, 100 Mill Plain Road, P O Box 1919 Danbury, Ct 06813;
Moritt Hock Hamroff Llp, 400 Garden City Plz, Ste 202, Garden City, NY 11530;
Morningside House Nursing Home, 1000 Pelham Pkwy S, Bronx, NY 10461-1099;
Morris Fine Furniture Workshop, 276 Greenpoint Ave # 8400, Brooklyn, NY 11222-2434;
Morris Heights Health, 85 W Burnside Ave, Bronx, NY 10453-4015;
Morris Park Contracting Corp - Mpcc, 81 Rockdale Ave, New Rochelle, NY 10801-6707;
Morris Park Nursing Home, 1235 Pelham Pkwy N, Bronx, NY 10469-5899;
Morrisania Sexualty Trnsmttd, 1309 Fulton Ave, Bronx, NY 10456-2403;
Morrison Cohen Llp, 909 3rd Ave # 27, New York, NY 10022-4784;
Morstan General Agency, Po Box 9005,, New Hyde Park, NY 11040;
Morton Flooring Solutions Inc, 81 Morton St, Brooklyn, NY 11249-6710;
Morvillo Abramowitz Grand, 565 5th Ave # 8, New York, NY 10017-2479;
Moseley Associates, 100-9 S Jersey Ave, Setauket, NY 11733-1937;
Moses Preston & Ziegelman, 350 5th Ave # 3130, New York, NY 10118-3101;
Motel Morris, 132 7th Ave, New York, NY 10011-1803;
Mott Macdonald, 111 Wood Ave S, Iselin, NJ 08830-2700;

Mottola Rini Engineers Pc, 34 W 25th St, New York, NY 10010-2703;
Mound Cotton Wollan-Greengrass, 1 New York Plz # 4510, New York, NY 10004-1960;
Mount Kisco Medical Group, 110 S Bedford Rd, Ste 2, Mount Kisco, NY 10549;
Mount Sinai Hospital, 1 Gustave L Levy Pl, Fl 12, New York, NY 10029;
Mount Sinai Medical Center, 1176 5th Ave, New York, NY 10029;
Mount Sinai, 1425 Madison Ave,, New York, NY 10029;
Mountco Construction & Devmnt, 700 Post Rd # 363, Scarsdale, NY 10583-5083;
Mourne Construction, 5919 Grand Ave, Maspeth, NY 11378-2717;
Movable, Inc., 5 W 19th St, Fl 6, New York, NY 10011;
Movers Supply House Inc, 1476 E 222nd St, Bronx, NY 10469-2692;
Moviola Digital Storage Prod, 545 W 45th St # 4, New York, NY 10036-3409;
Mpcc Corp General Contractors, 81 Rockdale Ave, New Rochelle, NY 10801-6707;
Mpr Residents'edition, 114 W 26th St # 3, New York, NY 10001-6812;
Mr Architecture & Decor, 245 W 29th St # 10, New York, NY 10001-5394;
Mr Pickle Inc, 44 Brooklyn Terminal Market, Brooklyn, NY 11236-1510;
Mr. Get The Done, 655 Myrtle Ave, Apt 3, Brooklyn, NY 11205;
Mr. Infinity Corp., 21610 15th Rd, # 2, Bayside, NY 11360;
Mra Physicians, 95 Grasslands Rd # 257, Valhalla, NY 10595-1652;
Mrs Baking Distribution Corp., 1825 127th St, College Point, NY 11356;
Mrta Design Construction LLC, 224 E 13th St # 20, New York, NY 10003-5628;
Mry Us LLC, 299 W Houston St # 12, New York, NY 10014-4876;
Ms Fndtn For Women, 12 Metrotech Ctr, Fl 26, Brooklyn, NY 11201;
Msc, 11 Penn Plz, Bsmt 110, New York, NY 10011;
Msci Inc., 250 Greenwich St, Fl 49, New York, NY 10007;
Msd Partners, 645 Fifth Avenue, 21st Fl, New York, NY 10022;
Msg, 2 Penn Plz, Fl 15, New York, NY 10121;
Mskcc, 633 3rd Ave, Rear 6, New York, NY 10017;
Mslgroup Americas, Inc., 375 Hudson St, Bsmt 1, New York, NY 10014;
Msm Empire Construction Corp, 260 Broadway, New Hyde Park, NY 11040;
Mspc, 546 5th Ave # 6, New York, NY 10036-5000;
Msr Electrical Construction Corp., 31 Bay Street, Brooklyn, NY 11231;
Msr, 3225 Francis Lewis Blvd, Flushing, NY 11358;
Mst Construction, 5111 34th St Long Island City, NY 11101;
Mst General Contracting Restoration Inc., 5111 34th St, Long Island City, NY 11101-3262;
Mt Hope Family Practice, 130 W Tremont Ave, Bronx, NY 10453-5436;
Mt Kisco Medical Group, 3630 Hill Blvd, Jefferson Valley, NY 10535-1502;
Mt Pleasant Highway Dept, 596 Columbus Ave, Thornwood, NY 10594-1907;
Mt Pleasant Medical Group, 401 Columbus Ave # Ll1, Valhalla, NY 10595-2324;
Mt Sinai School Medicine NY, 1 Gustave L Levy Pl # 1230, New York, NY 10029-6504;
Mt Vernon Plastics Corp, 460 Ogden Ave, Mamaroneck, NY 10543-2225;
Mt. Vernon Neighborhood Health Center, 107 W 4th St, Mount Vernon, NY 10550;
Mta Bridges And Tunnels/Tbta, 2 Broadway Fl 24, New York, NY 10004-2801;
Mta Capital Construction, 469 7th Avenue 11th Floor, New York, NY 10018;
Mta New York City Transit, 2 Broadway, Fl 4, New York, NY 10004;
Mta, 420 Lexington Ave, Fl 12, New York, NY 10170;
Mtacc, 12 Pine Dr, Prt Washingtn, NY 11050;
Mtc Limousine And Corporate Coach, Inc., 296 Adams St, Bedford Hills, NY 10507;

Mts Infrastructure LLC, 774 Bedford Rd, Bedford Hills, NY 10507-1525;

Mtsbonds.Com, 1500 Broadway # 31, New York, NY 10036-4052;

Mucca Design Corp, 594 Dean St, Brooklyn, NY 11238;

Mueser Rutledge Consulting Engineers, 14 Penn Plz 6th Floor, 225 W 34th St, New York, NY 10122-0001;

Mueser Rutledge Consulting, 225 W 34th St #6, New York, NY 10122-0610;

Mugrose Construction Inc, 195 Fairfield Ave Ste 2c, West Caldwell, NJ 07006-6419;

Multi Packaging Solutions, 885 3rd Ave, Fl 28, New York, NY 10022;

Multimedia Plus Inc, 853 Broadway # 1605, New York, NY 10003-4714;

Multiprises LLC, 33 W 19th St # 4, New York, NY 10011-4333;

Multi-Tech Electric Inc, 2526 50th St Ste 208a Woodside, NY 11377;

Mulvihill Electrical Ent Inc, 3120 Arthur Kill Rd, Staten Island, NY 10309-1104;

Munawar & Andrews Santillo Llp, Po Box 4563, New York, NY 10163-4563;

Municipal Building Consultants, 233 Broadway # 2050, New York, NY 10279-2001;

Municipal Credit Union, 22 Cortlandt St, Fl 24, New York, NY 10007;

Munnrabot, 33 W 17th St, Fl 3, New York, NY 10011;

Munoz Construction Mgmt Group, 505 8th Ave # 2101, New York, NY 10018-6521;

Munoz Engineering Pc, 505 8th Ave, Rm 2101, New York, NY 10018;

Murphy Brothers Contracting, 416 Waverly Ave # 2, Mamaroneck, NY 10543-2256;

Murphy Burnham & Buttrick, 48 W 37th St # 14, New York, NY 10018-7414;

Murphy Kennedy Group, 61 Broadway Rm 1313 New York, NY 10006;

Murray Frank Sailor Llp, 275 Madison Ave # 1916, New York, NY 10016-1139;

Murray Hill Medical Pc, 317 E 34th St # 4, New York, NY 10016-5135;

Murray Hill Place, 243 Lexington Ave, New York, NY 10016-4605;

Musculoskeletal Arthritis, 5723 141st St, Flushing, NY 11355;

Mutual America Life Insurance, 320 Park Ave, Fl 5, New York, NY 10022;

Mutual Central Alarm Svc, 10 W 46th St # Ll, New York, NY 10036-4590;

Mutual Housing NY, 1 Metro Tech North 11th Fl, Brooklyn, NY 11201;

Mvc Capital, Inc., 287 Bowman Ave, Ste 241, Purchase, NY 10577;

Mwb Leasing Corp, 1 Penn Plz # 49, New York, NY 10119-0033;

My Active Driveway, 407 Broome St # 6r, New York, NY 10013-3213;

My Sisters Place, 2 Lyon Pl # 300, White Plains, NY 10601-5402;

My Union Legal Plan, 225 Broadway # 1902, New York, NY 10007-3743;

My-Guard Security Corp, 1370 Saint Nicholas Ave # 2, New York, NY 10033-6210;

Myhome Design & Remodeling, 353 W 48th St # 3, New York, NY 10036-1324;

Myotcstore, 1935 Hazen St, East Elmhurst, NY 11370-1297;

Myriad Construction Svc Inc, 790 Madison Ave # 401, New York, NY 10065-6124;

Myron Toback Inc, 545 5th Ave # 1000, New York, NY 10017-2812;

N B A Construction Inc, 283 E 3rd St Brooklyn, NY 11218;

N Cheng & Co, 40 Wall St # 3222, New York, NY 10005-1332;

N F Architectural Designs LLC, 447 Remsens Ln, Oyster Bay, NY 11771-4500;

N J General Contracting, 88 76th St Brooklyn, NY 11209;

N S P Enterprises Inc, 247 52nd St Brooklyn, NY 11220;

N Y Interior Construction, 66 Reade St # 2, New York, NY 10007-1834;

N Y Landmark Construction Mgmt, 127 W 24th St # 2, New York, NY 10011-1915;

N Y Painting & Decrtng Co, 4112 24th St, Long Island City, NY 11101-3914;

N Y Roofing Co, 2808 38th Ave # 1, Long Island City, NY 11101-2606;

N Y U Hospital Ctr, 2318 31st St # 4, Astoria, NY 11105-2892;
N. P. Painting And Decorating Inc., 317 Spook Rock Rd Bldg A,Suffern,NY,10901;
N.B.A Construction, 283 E 3rd St Brooklyn, NY 11218;
N.U.S. Contracting Company, 49 Parkville Ave Apt B6,Brooklyn,NY,11230;
Nab Construction Corp, 11220 14th Ave, College Point, NY 11356-1408;
Naber Electric Corp, 1025 Saw Mill River Rd, Yonkers, NY 10710-3200;
Nacme, 1 N Broadway, Ste 409-2, White Plains, NY 10601;
Nadkosin C, 2906 Shell Rd, Brooklyn, NY 11224-3610;
Naeem Khan, 260 W 36th St # 10, New York, NY 10018-8987;
Nafees Construction Corporation, 1405 West 7th Street,Brooklyn,NY;
Naftali Group, 1700 Broadway Fl 16, New York, NY 10019-5905;
Nagan Construction Inc, 226 Wanser Ave, Inwood, NY 11096-2111;
Nagori Contracting Corp, 10 Prague Ct Staten Island, NY 10309;
Naik Consulting Group, 135 W 36th St # 13, New York, NY 10018-6972;
Nallaseth & Turkhud PLLC, 130 Water St # 6g, New York, NY 10005-1614;
Namely, Inc., 195 Broadway, Fl 15, New York, NY 10007;
Namic, Inc., 50 Broad St, Ste 1800, New York, NY 10004;
Nanuet Public Library, 149 Church St, Nanuet, NY 10954;
Nap Industries, 667 Kent Ave, Brooklyn, NY 11249-7500;
Napa Group Inc, Po Box 2501, Briarcliff Manor, NY 10510-8101;
Napa Healthcare Foundation Inc, 2201 Hempstead Tpke # 45, East Meadow, NY 11554-1859;
Narco Freedpm, 368 E 148th St, Bronx, NY 10455;
Nasco Construction Svc Inc, 149 Madison Ave, New York, NY 10016-6713;
Nasdaq, 4 Times Sq, Frnt 3, New York, NY 10036;
Nassau Ahrc, 189 Wheatley Rd, Glen Head, NY 11545;
Nassau Boces, 1196 Prospect Ave, Westbury, NY 11590;
Nassau Chest Physicians Pc, 233 E Shore Rd # 211, Great Neck, NY 11023-2433;
Nassau Community College, 1 Education Dr, Garden City, NY 11530;
Nassau County Civil Service Co, 40 Main St, Ste 200, Hempstead, NY 11550;
Nassau County Correctional Ctr, 100 Carman Ave, East Meadow, NY 11554-1146;
Nassau County New York, 134 Jackson St, Hempstead, NY 11550-2413;
Nassau County, 480 W John St, Hicksville, NY 11801-1031;
Nassau Downs-Otb, 139 Liberty Ave, Mineola, NY 11501-3510;
Nassau Extended Care Facility, 1 Greenwich St, Hempstead, NY 11550-5610;
Nassau Financial F C U, 865 Merrick Ave, Ste 250n, Westbury, NY 11590;
Nassau Health Care Corp, 2201 Hempstead Tpke, East Meadow, NY 11554-1859;
Nassau Health Care Corporation, 2201 Hempstead Tpke,, East Meadow, NY 11554;
Nassau Orthopedic Surgeons Pc, 5500 Merrick Rd # 1, Massapequa, NY 11758-6231;
Nassau Provisions Kosher Food, 200 Albany Ave, Freeport, NY 11520-4712;
Nassau Queens Pulmonary Assoc, 3003 New Hyde Park Rd # 303, New Hyde Park, NY 11042-1214;
Nassau Radiologic Group, 765 Stewart Ave, Garden City, NY 11530-4713;
Nassau Street Dental Associates, 122 Fulton St, Fl 2, New York, NY 10038;
Nassau University Medical Center, 2201 Hempstead Tpke, East Meadow, NY 11554;
Nassau Veterans Meml Coliseum, 1255 Hempstead Tpke, Uniondale, NY 11553-1260;
Nastasi Maintenance LLC, 50 Rockefeller Plz, New York, NY 10020-1605;
Natasha International Inc, 226 W 37th St # 5, New York, NY 10018-9020;

Nathan And Lewis Securities Inc, 260 Madison Ave, Ste 11, New York, NY 10016;
Nathan Love Inc, 407 Broome St # 6r, New York, NY 10013-3213;
National Bank Of Egypt, 40 E 52nd St, Fl 22, New York, NY 10022;
National Cable Communications LLC, 405 Lexington Ave, Fl 6, New York, NY 10017;
National Cable Communications LLC, 405 Lexington Ave, Fl 9, New York, NY 10017;
National Center For Law, 275 7th Ave # 1506, New York, NY 10001-6860;
National Compressor Exchange, 75 Onderdonk Ave, Ridgewood, NY 11385-1054;
National Elevator, 63 Flushing Ave, Brooklyn, NY 11205-1010;
National Environmental Safety Co, Inc, 1217 38th Ave, Long Island City, NY 11101-6032;
National Fire Products Inc, 105 Bridge Rd, Islandia, NY 11749-5207;
National Grid, 287 Maspeth Ave, Brooklyn, NY 11211;
National Health Care Associates, Inc., 20 E Sunrise Hwy, Unit 1, Valley Stream, NY 11581;
National Hemophilia Foundation, 7 Penn Plz # 1204, New York, NY 10001-3923;
National Mutiple Sclerosis Society, 733 3rd Ave, Fl 3, New York, NY 10017;
National Opera Ctr, 330 7th Ave # 7, New York, NY 10001-5261;
National Park Service Intermountain Region, 12795 W Alameda Pkwy, Lakewood, Co 80228-2838;
National Parts Depot, 22 Valley Rd, Katonah, NY 10536;
National Pediatric Ctr, 10211 Roosevelt Ave, Flushing, NY 11368-2331;
National Reprographics Inc., 575 8th Ave, Fl 8, New York, NY 10018;
National Review Magazine, 19 W 44th St # 1701, New York, NY 10036-6101;
National Sign-Light-Spectrum, 185 Bethpage Sweet Hollow Rd, Old Bethpage, NY 11804-1314;
National Urban Fellows Inc, 1120 Avenue Of The Americas #4, New York, NY 10036-6700;
National Urban League, 80 Pine St, Rm 910, New York, NY 10005;
National Water Main Cleaning Co., 1806 Harrison Avenue, Kearny, NJ 07032;
National Webbing Products Co, 45 Fairchild Ave # B, Plainview, NY 11803-1735;
Nation's Best Meat Co, 355 Food Center Dr # D7, Bronx, NY 10474-7578;
Nationwide Maintenance-Gen, 483 Cherry St, Bedford Hills, NY 10507-1312;
Nationwide Masons Construction, 30 W 47th St # 706, New York, NY 10036-8721;
Natixis, 1251 Avenue Of The Americas, Ste 34r, New York, NY 10020;
Nato Strap Co, 273 Columbus Ave, Tuckahoe, NY 10707-2515;
Naturo Medical Health Care Pc, 39 E 20th St # 1, New York, NY 10003-1336;
Nauta Dutilh, 1 Rockefeller Plz # 1528, New York, NY 10020-2110;
Navar Home Improvement, 509 W 161st St # 4d, New York, NY 10032-6118;
Navarro Maintenance LLC, 1818 Centre St # 1l, Ridgewood, NY 11385-5461;
Navfac Southeast, Po Box 30, Jacksonville, Fl 32212-0030;
Navillus Contracting Inc., 633 3rd Ave, New York, NY 10017-6706;
Navillus, 633 3rd Ave Fl 17, New York, NY 10017-8113;
Nazareth Regional Hs, 475 E 57th St, Brooklyn, NY 11203;
Nba Cons. Inc., 283 E 3rd St, Brooklyn, NY 11218-3907;
Nbpa, 1133 Avenue Of The Americas, Fl 5, New York, NY 10036;
Nch Advisors, 452 5th Ave # 24, New York, NY 10018-2786;
Ncic Consulting Group Inc, 307 7th Ave # 2301, New York, NY 10001-6021;
Ncsy, 11 Broadway, Fl 14, New York, NY 10004;
Ncu, 99 Wyona St, Brooklyn, NY 11207;
Nda Architects, 102 Waller Ave, White Plains, NY 10605-1807;
Nebraskaland Inc, 355 Food Center Dr # G4, Bronx, NY 10474-7580;

Nederlander Group Sales, 1450 Broadway # 6, New York, NY 10018-2260;
Neelam Construction Corporation, 163a Paris Ave Northvale, NJ 07647;
Neetso Construction, 2628 Adam Clayton Powell Jr Bl, New York, NY 10039-2601;
Nehal Construction Inc, 81 Tennyson Dr, Nanuet, NY 10954-1039;
Nehal Contracting, Inc., 15721 Horace Harding Expy Flushing, NY 11367;
Neighborhood Counseling Ctr, 7701 13th Ave, Brooklyn, NY 11228-2413;
Neighborhood Housing Services, 307 W 36th St, Fl 12, New York, NY 10018;
Neighborhood Trust Federal Credit Union, 1112 Saint Nicholas Ave, New York, NY 10032;
Neighbors Home Care Svc, 148 Hamilton Ave, White Plains, NY 10601-1702;
Neighbrhood Dfender Svc Harlem, 317 Malcolm X Blvd # 10, New York, NY 10027-4461;
Neil Simon Theatre, 250 W 52nd St, New York, NY 10019-5802;
Neil Wexler Associates, 12 W 32nd St, 8th Floor, New York, NY 10001-3813;
Nelligan White Architects, 20 W 20th St # 1100, New York, NY 10011-9251;
Nelson Air Device Inc, 4628 54th Ave, Maspeth, NY 11378-1012;
Nelson Byrd Woltz Landscape Architects, 310 E Market St, Charlottesville, Va 22902-5212;
Nemet Motors LLC, 15312 Hillside Ave, Jamaica, NY 11432;
Nemo Tile, 11540 Dunkirk St, St Albans, NY 11412-3043;
Neota Logic, 60 E 42nd St # 1810, New York, NY 10165-6237;
Neovision Hyper Systems Inc, 50 Broadway # 34, New York, NY 10004-1690;
Nephro Care West, 358 4th Ave, Brooklyn, NY 11215-2718;
Nesenoff & Miltenberg Llp, 363 7th Ave # 5, New York, NY 10001-3915;
Net Cost Market, 8671 18th Ave, Brooklyn, NY 11214-3701;
Netgains America LLC, 87 Wolfs Ln, Pelham, NY 10803-1831;
Nethercott P W Inc, 433 W William St # 3, Port Chester, NY 10573-3667;
Netnames Usa, 55 Broad St # 11c, New York, NY 10004-2535;
Netula, 1370 Broadway # 5, New York, NY 10018-7350;
Network Infrastructure Inc, 81 Madison Ave, Hempstead, NY 11550-4822;
Network Maintenance Inc, 105 W 55th St # 1d, New York, NY 10019-5335;
Network Outsource, 135 Denton Ave, New Hyde Park, NY 11040-4004;
Network Place LLC, 209 W 40th St # 1, New York, NY 10018-1677;
Neufeld O'leary & Giusto, 370 Lexington Ave # 908, New York, NY 10017-6588;
Neurological Surgery Pc, 4250 Hempstead Tpke # 4, Bethpage, NY 11714-5707;
Neurology Department, 10 Union Sq E # 5d, New York, NY 10003-3314;
Neurology Group Of Westchester, 303 North St, White Plains, NY 10605-2237;
Neutral Construction Inc, 244 5th Ave, New York, NY 10001-7604;
Neville Peterson Llp, 1 Exchange Plz # 2602, New York, NY 10006-1564;
New Bridge View Co LLC, 14310 20th Ave, Whitestone, NY 11357-3046;
New Carlton Rehab & Nurse Ctr, 405 Carlton Ave, Brooklyn, NY 11238-1510;
New Castle Building, 201 W John St, Hicksville, NY 11801-1007;
New Castle, 535 Old Tarrytown Rd, White Plains, NY 10603-2617;
New Century Home Care Inc, 1410 E 10th St, Brooklyn, NY 11230-6504;
New Classic Restoration L, 96 Hyatt Ave, Yonkers, NY 10704;
New Computech Inc, 39 Broadway # 1630, New York, NY 10006-3011;
New Dimensions Remodeling, 466 Lexington Ave, Mt Kisco, NY 10549-2716;
New Directions Publishing Corp, 80 8th Ave # 19, New York, NY 10011-7146;
New East Side Nursing Home, 25 Willett St, New York, NY 10002-4008;
New Empire Builder Corp, 4920 3rd Ave, Brooklyn, NY 11220-1704;

New Empire Group, Ltd., 214 W Park Ave, Long Beach, NY 11561;
New Empire Real Estate Development, 4918 3rd Ave, Brooklyn, NY 11220-1704;
New Flyer, 255 Fluvanna Ave,Jamestown,NY,14701;
New Homestead Residence-Adults, 8245 Grenfell St, Kew Gardens, NY 11415-1344;
New Hope Fertility Ctr, 4 Columbus Cir # 4, New York, NY 10019-1100;
New Hyde Park Dialysis Ctr, 1574 Hillside Ave, New Hyde Park, NY 11040-2527;
New Leaders For New Schools, 30 W 26th St, Fl 2, New York, NY 10010;
New Orange Works Inc, 1 Lincoln Pl, Ossining, NY 10562-5202;
New Phase Electrical Contractors Inc, 725 E 136th St,Bronx,NY,10454;
New Press, 120 Wall St # 31, New York, NY 10005-4007;
New Rising Construction Inc, 5 White St # 4b, New York, NY 10013-2471;
New Rochelle City Schools District, 515 North Ave,, New Rochelle, NY 10801;
New Rochelle Radiology, 175 Memorial Hwy # Ll14, New Rochelle, NY 10801-5637;
New Safeway Contracting Corp., 17514 Hillside Ave,Jamaica,NY,11432;
New Sans Souci Nursing Home, 115 Park Ave, Yonkers, NY 10703-2992;
New Sensor Corp., 5501 2nd St, Long Is City, NY 11101;
New Style Contractors, Inc., 750 Saw Mill River Rd, Ardsley, NY 10502-1514;
New Surfside Nursing Home, 2241 New Haven Ave, Far Rockaway, NY 11691-2599;
New Vessel Press LLC, 233 W 99th St # 17a, New York, NY 10025-5077;
New Visions For Public Schools, 205 E 42nd St, Fl 4, New York, NY 10017;
New World Security, 2138 Wantagh Ave # 101, Wantagh, NY 11793-3941;
New York And Company, Inc., 330 W 34th St, Fl 7, New York, NY 10001;
New York Artificial Kidney Ctr, 2701 Emmons Ave, Brooklyn, NY 11235-2209;
New York Asphalt, 366 Industrial Loop, Staten Island, NY 10309-1110;
New York Assoc In Gstrntrlgy, 1250 Waters Pl # 1201, Bronx, NY 10461-2735;
New York Blood Center, 310 E 67th St, New York, NY 10065;
New York Board Of Education, 445 W 153rd St, Apt 3d, New York, NY 10032;
New York Botanical Garden, 2900 Southern Blvd, Bronx, NY 10458;
New York Cardiology Assoc, 425 E 61st St # 6, New York, NY 10065-8722;
New York Cardiovascular Vein, 275 7th Ave # 3, New York, NY 10001-6708;
New York Carpet, 770 Broadway, New York, NY 10003-9522;
New York Children's Health, 853 Longwood Ave, Bronx, NY 10459-4036;
New York City Board Of Education, 180 6th Ave, Brooklyn, NY 11217;
New York City Children's Ctr, 1300 Waters Pl, Bronx, NY 10461-2714;
New York City Department Of Education, 65 Court St, Ste 1, Brooklyn, NY 11201;
New York City Department Of Parks & Recreation, Flushing Meadows Park Flushing, NY 11368;
New York City Dept-Water Plltn, 12266 Flatlands Ave, Brooklyn, NY 11207-9100;
New York City Geographic District 10, 2310 Glenwood Rd, Brooklyn, NY 11210;
New York City Geographic District 13, 180 6th Ave, Brooklyn, NY 11217;
New York City Geographic District 2, 444 W 56th St, New York, NY 10019;
New York City Geographic District 23, 1355 Herkimer St, Brooklyn, NY 11233;
New York City Health, 1225 Gerard Ave, Bronx, NY 10452-8015;
New York City Law Department, 100 Church St, Fl 6, New York, NY 10007;
New York City Transit, 130 Livingston St, Brooklyn, NY 11201;
New York City/Design & Construction, 3030 Thomson Ave, Long Island City, NY 11101;
New York College Of Podiatric Medicine, 53 E 124th St, New York, NY 10035;
New York Community Bancorp, Inc., 615 Merrick Ave, Westbury, NY 11590;

New York Community Bank, 615 Merrick Ave,, Westbury, NY 11590;
New York Concrete Corp., 708 Sharrotts Rd, Staten Island, NY 10309-1122;
New York Congregational Nurse, 135 Linden Blvd, Brooklyn, NY 11226-3302;
New York Congregational Nursing Center, 135 Linden Blvd, Brooklyn, NY 11226;
New York Connect Net Ltd, 213 W 35th St # 601, New York, NY 10001-0213;
New York Construction & Renovation, 992 Coney Island Ave Brooklyn, NY 11230;
New York Container Terminal, 300 Western Ave, Ste 101, Staten Island, NY 10303;
New York County Defender Svc, 100 William St # 20, New York, NY 10038-5017;
New York County Lawyers Assn, 14 Vesey St Lbby, New York, NY 10007-2992;
New York Ctr For Interpersonal, 130 Stuyvesant Pl #5, Staten Island, NY 10301-1900;
New York Ctr For Rehab, 2613 21st St, Astoria, NY 11102-3544;
New York Custom Woodwork Corp, 3425 11th St, Astoria, NY 11106;
New York Decks, 63 Flushing Ave # 120-213, Brooklyn, NY 11205-1010;
New York Dialysis Svc, 105 E 106th St # 1, New York, NY 10029-4623;
New York Display & Die Cutting, 3100 47th Ave # 3, Long Island City, NY 11101-3010;
New York Ehealth Collaborative, 40 Worth St, Fl 5, New York, NY 10013;
New York Eye-Ear Infirmary Ipa, 310 E 14th St 2 N, New York, NY 10003;
New York Foundling Hospital, 590 Avenue Of The Americas, Frnt 1, New York, NY 10011;
New York Gilbert-Sullivan, 225 W 99th St, New York, NY 10025-5014;
New York Grant Company, 29 Broadway, Rm 2222, New York, NY 10006;
New York Health Dept, 160 W 100th St, New York, NY 10025-9900;
New York Heating Corp, 354 Humboldt St, Brooklyn, NY 11211-3740;
New York Immigration Coalition, 40 Exchange Pl # 1820, New York, NY 10005-2732;
New York Immigration Fund, 267 Broadway # 2, New York, NY 10007-2354;
New York Institute Of Technology Inc, 268 Wheatley Rd, Old Westbury, NY 11568;
New York Law Journal, 150 E 42nd St # Mezz1, New York, NY 10017-5640;
New York Life Insurance Company, 51 Madison Ave, Bsmt 1b, New York, NY 10010;
New York Life International, 51 Madison Ave, Bsmt 1b, New York, NY 10010;
New York Med & Diagnostic Ctr, 8046 Kew Gardens Rd, Kew Gardens, NY 11415-1154;
New York Medical College, 40 Sunshine Cottage Rd, Valhalla, NY 10595;
New York Merchants Svc, 442 S 5th St, Brooklyn, NY 11211-7424;
New York Methodist Hospital, 506 6th St, Brooklyn, NY 11215;
New York Ophthalmology, 7409 37th Ave # 303, Jackson Heights, NY 11372-6303;
New York Orthopedics, 159 E 74th St # 2, New York, NY 10021-3235;
New York Otolaryngology Group, 36 E 36th St # 200, New York, NY 10016-3441;
New York Pathology Assoc, 550 1st Ave, New York, NY 10016-6402;
New York Paving, 3718 Railroad Ave, Long Island City, NY 11101-2042;
New York Physicians, 635 Madison Ave, Fl 7, New York, NY 10022;
New York Power Authority, 123 Main St, Ste 1600, White Plains, NY 10601;
New York -Prebyterian Brooklyn Methodist, 506 6th St,, Brooklyn, NY 11215;
New York Presbyterian Weill, 1305 York Ave # 11, New York, NY 10021-5663;
New York Press Assn, 379 Central Ave, Lawrence, NY 11559-1607;
New York Production Svc, 78 5th Ave # 7, New York, NY 10011-8000;
New York Prsbytrian Hospital, 53 W 23rd St # 6, New York, NY 10010-4237;
New York Psychotherapy-Cnslng, 2857 Linden Blvd, Brooklyn, NY 11208-5126;
New York Public Interest, 9 Murray St # B1, New York, NY 10007-2259;
New York Public Radio, 160 Varick St, Fl 7, New York, NY 10013;

New York Radiology Assoc, 55 E 34th St # 4, New York, NY 10016-4337;
New York School Construction Authority, 30-30 Thomson Avenue, 2nd Floor, Long Island City, NY 11101-3045;
New York Society Of Cpas, 14 Wall St # 19, New York, NY 10005-2124;
New York Software Svc Inc, 115 Broadway # 5, New York, NY 10006-1646;
New York Spine Institute, 265 Madison Ave # 4, New York, NY 10016-0971;
New York Spine Institute, 761 Merrick Ave, Westbury, NY 11590-6608;
New York Spine Specialist, 2001 Marcus Ave, Ste W170, New Hyde Park, NY 11042;
New York Sprinkler Corp, 2635 Roberts Ave, Bronx, NY 10461-2634;
New York State Department Of Transportation, 50 Wolf Rd Fl 1, Albany, NY 12205-2645;
New York State Department Of Transportation, 50 Wolf Road 1st Floor, Albany, NY 12232-0001;
New York State Dormitory Authority, 515 Broadway, Albany, NY 12207-2964;
New York State Office Of General Services Des & Co, 35 Th Floor Empire State Plz, Tower Building, Albany, NY 12242-0001;
New York State Psych Inst, 1051 Riverside Dr Frnt, New York, NY 10032-1098;
New York State University Construction Fund, 353 Broadway, Albany, NY 12246-2915;
New York Times, 25-70 Whitestone Expressway, Flushing, NY 11354;
New York Trial Lawyers Assn, 132 Nassau St # 200, New York, NY 10038-2486;
New York University, 1 Park Ave, Fl 16, New York, NY 10016;
New York Urologic Institute, Po Box 350822, Brooklyn, NY 11235-0822;
New York-Presbyterian Brooklyn Methodist, 506 6th St,, Brooklyn, NY 11215;
New York-Presbyterian Hospital, 333 E 38th St, Fl 10, New York, NY 10016;
New York's Premier Ctr-Surgery, 160 Crossways Park Dr, Woodbury, NY 11797-2028;
Newbank, 14601 Northern Blvd, Flushing, NY 11354;
Newbanks Boston Inc, 980 Broadway # 501, Thornwood, NY 10594-1139;
Newbridge Technology, Po Box 3415, New York, NY 10008-3415;
Newman Design, 210 W Rogues Path, Cold Spring Harbor, NY 11743-5039;
Newman Ferrara Llp, 1250 Broadway # 27, New York, NY 10001-3717;
Newman Group, 220 E 63rd St # 6a, New York, NY 10065-7643;
Newman Myers Kreines Gross, 40 Wall St # 26, New York, NY 10005-1335;
Newmark And Company Real Estate, Inc., 125 Park Ave, Fl 12, New York, NY 10017;
Newmark Knight Frank Global Mgmt Svces,, 125 Park Ave, Fl 12, New York, NY 10017;
Newmark Solutions Corp., 67-53 Woodhaven Blvd Rego Park, NY 11374;
Newport Painting, 247 W 35th St # 5, New York, NY 10001-1924;
Newtek Small Business Finance, Inc., 462 7th Ave, Fl 14, New York, NY 10018;
Newtype Communications Inc, 445 5th Ave # 25, New York, NY 10016-0133;
Newyork - Presbyterian - Hudson Hosptl (, 1980 Crompond Rd, Cortlandt Mnr, NY 10567;
Newyork-Presbyterian Hospital, 622 W 168th St, Bsmt B, New York, NY 10032;
Newyork-Presbyterian/Lawrence Hospital, 55 Palmer Ave,, Bronxville, NY 10708;
Next Generation Radiology, 560 Northern Blvd # 102, Great Neck, NY 11021-5100;
Nfp Corp., 340 Madison Ave, Fl 21, New York, NY 10017;
Nfte, 120 Wall St # 1801, New York, NY 10005-4012;
Nhc Health Care, 1177 Ave Of The Americas # 5, New York, NY 10036-2714;
Nhcc, 2380 Woodpecker Ln, Merrick, NY 11566;
Nhclc, 16701 Hillside Ave, Jamaica, NY 11432;
Nhf, 7 Penn Plz, Ste 1204, New York, NY 10011;
Ni Construction Corp, Po Box 230159, New York, NY 10023-0003;

Nia Construction Services, 79 Whittier Blvd,Poughkeepsie,NY,12603;
Nice Pak/Pdi, 2 Nice Pak Park, Orangeburg, NY 10962;
Nice Shoes, 352 Park Ave S # 16, New York, NY 10010-1719;
Nice-Pak Products, Inc., 2 Nice Pak Park,, Orangeburg, NY 10962;
Nicholson & Galloway Inc, 261 Glen Head Rd, Glen Head, NY 11545-1997;
Nicholson Events Inc, 1310 Madison Ave, New York, NY 10128-1351;
Nickerson Corporation, 11 Moffitt Blvd Bay Shore, NY 11706;
Nicoletti & Harris Inc, 101 Avenue Of The Americas # 1, New York, NY 10013-1941;
Nicoletti Gonson Spinner, 555 5th Ave # 800, New York, NY 10017-9266;
Nicolini Paradise Ferretti, Po Box 9006, Mineola, NY 11501-9006;
Nicosia Creative Espresso, 330 5th Ave # 2, New York, NY 10001-3176;
Nif Group Inc, 30 Park Ave, Manhasset, NY 11030;
Night Hotel Times Square, 157 W 47th St, New York, NY 10036-1503;
Nihon Keizal Shimbun America, 1325 Avenue Of The Ameri #2500, New York, NY 10019-6156;
Nikhi Contracting Corp, 102, 2518, 300 Kimball St,Woodridge,NY,07095;
Nikkei, 1325 Avenue Of The Ameri #2500, New York, NY 10019-6156;
Nimble Fitness LLC, 42 E 12th St, Frnt 1, New York, NY 10003;
Nippon Expreess Usa, Inc., 2401 44th Rd, Long Is City, NY 11101;
Niram Inc, 4 E Frederick Pl Cedar Knolls, NJ 07927;
Nirvanasoft Inc, 350 5th Ave # 6510, New York, NY 10118-6510;
Nissenbaum Law Group, 140 Broadway # 46, New York, NY 10005-1155;
Nitka Technologies, 244 Harold Ave, Staten Island, NY 10312-5451;
Njf/Mmgy Global, 360 Lexington Ave, Fl 10, New York, NY 10017;
Njs Electrical Svc Corp, 3616 13th St, Long Island City, NY 11106-4701;
Nmp Films, 31 Howard St # 5a, New York, NY 10013-3160;
No 6, 36 W 25th St # 15, New York, NY 10010-2876;
No Fault Sport Gr. LLC., Environmental Allies, Baton Rouge, La 70808;
No Fault, LLC, 3112 Valley Creek Drive, San Bernardino, Ca 92307;
Noble Construction, 21 West Rd, South Salem, NY 10590-2601;
Noble Electrical Contracting Co, 1794 Clinton Ave,Bronx,NY,10457;
Noble Experiment Nyc, 23 Meadow St, Brooklyn, NY 11206-1710;
Nobleden Nyc Corp, 196 Grand St, New York, NY 10013-3712;
Noitu Insurance Trust Fund, 14806 Hillside Ave, Jamaica, NY 11435;
Nomo Soho, 9 Crosby St, New York, NY 10013-3102;
Nomura Holding America Inc., 309 W 49th St,, New York, NY 10019;
Noor Staffing Group, LLC., 622 3rd Ave, Fl 7, New York, NY 10017;
Norcom Of NY Inc, 17 Gramercy Pl, Thornwood, NY 10594-1047;
Norddeutsche Landesbank Girozentrale, 1114 Avenue Of The Americas, Fl 20, New York, NY 10036;
Nordon Super Drugs, 247 Hempstead Ave, Malverne, NY 11565-2034;
Norges Bank, 505 5th Ave, Fl 20, New York, NY 10017;
North American Partners Of Anesthesia, 181 Westside Ave, Freeport, NY 11520;
North Bay Cad Buick Gmc Svc, 1900 Northern Blvd, Roslyn, NY 11576-1136;
North East Atlantic Business Solutions Corporation, 82-16 138th Street,Briarwood,NY,11435;
North East Remosco, 1433 State Route 34, Wall Township, NJ 07727-1603;
North Eastern Conf, 11550 Merrick Blvd, Jamaica, NY 11434;
North Hills Offices Svces Inc, 244 Crossways Park Dr W, Woodbury, NY 11797-2031;

North Salem Csd, 230 June Rd, North Salem, NY 10560;
North Shore Animal League, 16 Lewyt St, Prt Washingtn, NY 11050;
North Shore Cardiology, 1010 Northern Blvd # 424, Great Neck, NY 11021-5330;
North Shore Child-Family, 480 Old Westbury Rd, Roslyn Heights, NY 11577-2215;
North Shore Climate Control Inc, 82-2 Lake Avenue South Nesconset, NY 11767;
North Shore Court Reporters, Po Box 382, Manhasset, NY 11030-0382;
North Shore Dermatology Assoc, 2 Hillside Ave # G, Williston Park, NY 11596-2335;
North Shore Diabetes-Endocrine, 3003 New Hyde Park Rd # 201, New Hyde Park, NY 11042-1214;
North Shore Gastroenterology, 233 E Shore Rd # 101, Great Neck, NY 11023-2433;
North Shore Hematology Onclgy, 1201 Northern Blvd # Main-1, Manhasset, NY 11030-3001;
North Shore Internal Medicine, 560 Northern Blvd # 203, Great Neck, NY 11021-5113;
North Shore Lij Health System, 1111 Marcus Ave, Ste Ll20, New Hyde Park, NY 11042;
North Shore Linen, 20 Rider Pl, Freeport, NY 11520-4612;
North Shore Long Island High School, 972 Brush Hollow Rd, Westbury, NY 11590;
North Shore Open Mri, 170 Great Neck Rd, Great Neck, NY 11021-3357;
North Shore Primary, 1000 Northern Blvd # 230, Great Neck, NY 11021-5341;
North Shore Pulmonary Assoc Pc, 6 Ohio Dr # 201, New Hyde Park, NY 11042-1129;
North Shore Surgical, 310 E Shore Rd # 203, Great Neck, NY 11023-2432;
North Shore University Hospital, 300 Community Dr, Manhasset, NY 11030;
North Shore Urologycal, 875 Old Country Rd # 301, Plainview, NY 11803-4934;
North Star Mechanical Corp, 48 Grattan St, Brooklyn, NY 11237-1602;
Northbrook Contracting Corp, 7 Corporate Drive Peekskill, NY 10566;
Northe Group Inc, 60 E 9th St New York, NY 10003;
Northeast Brooklyn Housing Dev Corp, 132 Ralph Ave, Ste 1, Brooklyn, NY 11233;
Northeast Electrical Contractors Inc., 289 Suburban Ave Deer Park, NY 11729;
Northeast Mechanical Svc, Po Box 22, Amawalk, NY 10501-0022;
Northeast Remsco Construction, Inc., 1433 Route 34 South Bldg B1, Farmingdale, NJ 04344;
Northeast Restoration Corp, 1181 Randall Ave, Bronx, NY 10474-6215;
Northern Adhesives Inc, 6215 60th Ln, Maspeth, NY 11378-3510;
Northern Lights Post, 135 W 27th St # 8, New York, NY 10001-6226;
Northern Westchester Hosp Ctr, 400 E Main St, Mount Kisco, NY 10549;
Northridge Medical Assoc, 77 Quaker Ridge Rd # 200, New Rochelle, NY 10804-2821;
Northshore Hospital, 300 Community Dr,, Manhasset, NY 11030;
Northshore Lij Div-Nephrology, 100 Community Dr, Great Neck, NY 11021-5501;
Northshore Medical, 295 Community Dr, Great Neck, NY 11021-5505;
Northside Ctr For Child Deve, 1301 5th Ave, New York, NY 10029;
Northstar Assest Management Group, 590 Madison Ave, Fl 34, New York, NY 10022;
Northstar Mechanical, Inc, 48 Grattan St, Brooklyn, NY 11237-1602;
Northwell Health Dept Of Facilities Services, 600 Community Dr, Suite 202, Manhasset, NY 11030-3802;
Norton Rose Fulbright, 1301 Avenue Of The Americas, Bsmt 3, New York, NY 10019;
Norwegian Christian Home, 1250 67th St,, Brooklyn, NY 11219;
Notaro Michalos Zaccaria Pc, 1270 Broadway # 807, New York, NY 10001-3224;
Nothing Else Matters Software, 826 Broadway, New York, NY 10003-4826;
Nourse & Bowles, 1 Exchange Plz # 3000, New York, NY 10006-3030;
Nova Consultants LLC, 555 8th Ave # 1903, New York, NY 10018-4473;

Novak Francella, 450 Fashion Ave # 28, New York, NY 10123-2806;
Novelty Crystal, 3015 48th Ave, Long Island City, NY 11101-3419;
Nowsta Inc, 48 Wall St # 5, New York, NY 10005-2911;
Nozbestos Environment Corp, 215 Railroad Ave, Bedford Hills, NY 10507-1403;
Nr Property 2 LLC, 44 West 55th Street Suite 500, New York, NY 10019;
Ns Bienstock Inc, 888 7th Ave # 7, New York, NY 10106-0700;
Nslij, 9320 Vanderveer St, Queens Vlg, NY 11428;
Nsp Enterprises Inc. Po Box, 90405 Brooklyn, NY 11209;
Nu Health Nassau University Medical, 2201 Hempstead Tpke, East Meadow, NY 11554;
Nua Construction, 750 Saw Mill River Rd, Ardsley, NY 10502-1514;
Nubest, 1482 Northern Blvd # 1, Manhasset, NY 11030-3050;
Nuclear Diagnostic Products, 130 Commercial St # 1, Plainview, NY 11803-2414;
Nuco Painting Corporation, 8 Oval Dr, Islandia, NY 11749-1403;
Nuhealth, 2201 Hempstead Tpke,, East Meadow, NY 11554;
Nu-Ironworks Inc, 25 Wolffe St, Yonkers, NY 10705;
Nulux Inc, 1717 Troutman St # 1, Flushing, NY 11385-1091;
Numc, 2201 Hempstead Tpke, East Meadow, NY 11554;
Numerix, 125 Park Ave # 21, New York, NY 10017-8545;
Nunez Electric, 32-14 Greenpoint Avenue Long Island City, NY 11101;
Nuride Transportation Group Ll, 3324 Northern Blvd, Ste 501, Long Is City, NY 11101;
Nu-Tech Furnishings, Inc., 135 Oser Ave, Hauppauge, NY 11788-3761;
Nutrition 21 Inc, 1 Manhattanville Rd # 104, Purchase, NY 10577-2129;
Nu-Way Heating & Air Cond, 620 Fayette Ave, Mamaroneck, NY 10543-2241;
Nvision, 9512 149th Ave, Ozone Park, NY 11417;
Nwi Management Lp, 623 5th Ave # 23, New York, NY 10022-6831;
NY Asphalt Inc, 73 Industrial Loop Staten Island, NY 10309;
NY College Of Osteopathic Med, 268 Wheatley Rd, Old Westbury, NY 11568-1037;
NY Community Bank, 615 Merrick Ave,, Westbury, NY 11590;
NY Concrete Corp, 708 Sharrotts Rd, Staten Island, NY 10309-1122;
NY Construction And Renovation Inc., 992 Coney Island Ave Brooklyn, NY 11230;
NY Convention Ctr Operating Corp, 655 W 34th St, New York, NY 10001;
NY County Health Svc Review, 199 Water St # 27, New York, NY 10038-3544;
NY Design Architecture, 175 W Broadway # A, New York, NY 10013-3043;
NY Developers & Management Inc, 266 47th Street - 5th Floor, Brooklyn, NY 11220;
NY Eye And Ear Infirmary Inc, 150 East 42nd Street 2nd Floor, New York, NY 10017;
NY Foundling Hospital, 590 Avenue Of The Americas, Frnt 1, New York, NY 10011;
NY Gi, 1200 Waters Pl, Ste M117, Bronx, NY 10461;
NY Hotel & Motel Trades, 68 Schermerhorn St # 80, Brooklyn, NY 11201-5005;
NY Inst For Special Ed, 999 Pelham Pkwy N, Bronx, NY 10469;
NY Ladder & Scaffold Corp, 3714 61st St, Woodside, NY 11377-2538;
NY Laser Group, 11915 Atlantic Ave, Jamaica, NY 11418-3216;
NY Neurologic Assoc, 3003 New Hyde Park Rd # 200, New Hyde Park, NY 11042-1214;
NY Power Authority, 31-03 20th Ave, Astoria, Long Island City, NY 11105-2014;
NY Presbyterian Hospital, 21 Bloomingdale Rd, White Plains, NY 10605;
NY Road Runners, 156 W 56th St, Fl 3, New York, NY 10019;
NY Spine Medicine, 18 E 48th St # 901, New York, NY 10017-1094;
NY State Insurance Fund, 199 Church St, Fl 13, New York, NY 10007;

NY State Unified Court System, 25 Beaver St, Fl 8, New York, NY 10004;

NY Univ Medical Cctr Joint D, 301 E 17th St, New York, NY 10003;

NY Univ Sch Of Engineering, 6 Metrotech Ctr, Brooklyn, NY 11201;

NY Vision Group, 37 Murray St # 1, New York, NY 10007-2230;

Nyack Hospital, 160 N Midland Ave, Nyack, NY 10960;

Nybc, 310 E 67th St, New York, NY 10065;

Nyc Air Conditioning Co, 229 W 57th St, New York, NY 10019-2104;

Nyc Criminal Justice Agency, 299 Broadway, Fl 4, New York, NY 10007;

Nyc Ddc, 848 Udall Rd, West Islip, NY 11795-1406;

Nyc Dep Department Of Environmental Protection, 59-17 Junction Blvd Fl 17, Flushing, NY 11373;

Nyc Department Of Design And Construction, 3030 Thomson Ave Fl 5, Long Island City, NY 11101-3045;

Nyc Dept Of Ddc Road-Sewers & Water Mains Unit, 3030 Thomson Ave, Long Island City, NY 11101-3045;

Nyc Dept Of Education/Div Of Contracts&Purchasing, 65 Court St Rm 1201,Brooklyn,NY,11201;

Nyc Dept Of Environmental Protection, 5917 Junction Blvd, Ste 1, Flushing, NY 11373;

Nyc Dept Of Homeless Services, 10107 Farragut Rd,Brooklyn,NY,11236;

Nyc Dept Of Sanitation-Bureau Of Waste Management, 44 Beaver St Fl 11, New York, NY 10004-2431;

Nyc Dept Of Sanitation-Contracts Division, 44 Beaver St, New York, NY 10004-2431;

Nyc Dept Of Transportation, 55 Water St, Fl 8, New York, NY 10041;

Nyc Dept. Of Education, 333 7th Ave, Fl 7, New York, NY 10001;

Nyc Dohmh, 4209 28th St, Long Is City, NY 11101;

Nyc Dot, 55 Water St, Fl 7, New York, NY 10041;

Nyc Economic Development Corp, 110 William St Fl 6, New York, NY 10038-3901;

Nyc Economic Development Corporation, 165 Broadway Fl 14, New York, NY 10006-1404;

Nyc Elite Gymnastics, 421 E 91st St, New York, NY 10128-6801;

Nyc Foot Care, 55 John St, New York, NY 10038;

Nyc Health & Hospitals Corporation, 346 Broadway, 5th Floor-Room 516, New York, NY 10013;

Nyc Health Dept, 9037 Parsons Blvd, Jamaica, NY 11432-6032;

Nyc Hhc Brooklyn Long Term, 594 Albany Ave, Brooklyn, NY 11203-1706;

Nyc Housing Authority, 90 Church St, New York, NY 10007-2919;

Nyc Housing Preservation & Development, 100 Gold St, New York, NY 10038-1605;

Nyc Hpd Office Of Neighborhood Strategies, 100 Gold St Room 9x, New York, NY 10038-1605;

Nyc Industries For The Blind, 8746 123rd St, Jamaica, NY 11418-2731;

Nyc Maintenance And Restoration Inc, 330 Stanley Ave, Staten Island, NY 10301;

Nyc Management Group Inc, 71 W 23rd St # 301, New York, NY 10010-3519;

Nyc Media Group, 1 Centre St # 2000n, New York, NY 10007-1604;

Nyc Renovation Group Corp, 1460 3rd Ave, New York, NY 10028-1902;

Nycan Builders LLC, 65 West 36th Street,Ste 903,New York,NY,10018;

Nycb, 615 Merrick Ave,, Westbury, NY 11590;

Nycddc, 30-30 Thomson Ave, Long Island City, NY 11101;

Nycdep, 96-05 Horace Harding Expresswa, Corona, NY 11368;

Nyc-Department Of Environmental Protection, 5917 Junction Blvd # 13th, Flushing, NY 11373-5188;

Nycdoe, 577 E 179th St, Bronx, NY 10457;

Nycha, 110 W 9th St, Brooklyn, NY 11231;
Nycmc Corp, 107-34 156th Street Jamaica, NY;
Nycoutward Bound School, 2946 Northern Blvd, Long Is City, NY 11101;
Nyc-School Construction Authority, 3030 Thomson Ave, Room #1102, Long Island City, NY 11101-3019;
Nycsma, 121 E 24th St # 9, New York, NY 10010-2912;
Nyct, 36 Metropolitan Oval, Apt 3e, Bronx, NY 10462;
Nyis New York Immigration Svc, 1065 Of The Americas # 1025, New York, NY 10018-0785;
Nym Worldgroup, 1333 Broadway # 502, New York, NY 10018-7204;
Nymi Associates, 165 E 84th St, New York, NY 10028;
Nymla, 39 Wilbur Ln, Roosevelt, NY 11575;
Nyodn, 460 W 34th St, Fl 15, New York, NY 10001;
Nypl, 476 5th Ave, Fl 1, New York, NY 10018;
Nyrender, 601 Surf Ave # 2g, Brooklyn, NY 11224-3404;
Nyrp, 254 W 31st St, Fl 10, New York, NY 10001;
Nys Division Of Human Rights, 1 Fordham St, Fl 4, Bronx, NY 10464;
Nys Insurance Fund, 199 Church St, Fl 13, New York, NY 10007;
Nys Supreme Court, 320 Jay St, Brooklyn, NY 11201;
Nys Unified Court System, 25 Beaver St, Fl 8, New York, NY 10004;
Nyscf, 619 W 54th St, Fl 3, New York, NY 10019;
Nysco Products Inc, 2350 Lafayette Ave, Bronx, NY 10473-1104;
Nysscpa, 14 Wall St, Fl 19, New York, NY 10005;
Nyu Health Center, 540 1st Ave, New York, NY 10016;
Nyu Hospitals Center, 1 Park Ave, Fl 11, New York, NY 10016;
Nyu Langone Medical Center, 1 Park Ave, Fl 10, New York, NY 10016;
Nyu, 440 E 20th St, Apt 1d, New York, NY 10009;
Nyumc Office Of Development, 1 Park Ave, New York, NY 10016-5802;
Nyu-Perlmuttercancer Ctr, 160 E 34th St # 9, New York, NY 10016-4744;
O Connor Davies Munns & Dbbns, 665 5th Ave # 6, New York, NY 10022-5342;
O P Sales Ltd, 4217 Austin Blvd, Island Park, NY 11558-1728;
O2kl, 10 W 18th St # 6, New York, NY 10011-4618;
Oak Hill Industries Inc, Po Box 1142, New York, NY 10150-1142;
Oaks At Broadlawn Manor Tcm 1, 101 Andover Ct, Massapequa, NY 11758-6550;
Oaktree Investments, 90 Merrick Ave # 204, East Meadow, NY 11554-1500;
Ob Gyn-Weill Cornell NY, 525 E 68th St # J130, New York, NY 10065-4870;
Objective Solutions Inc, 535 5th Ave, Fl 19, New York, NY 10017;
Obrien & Gere Engineers, 333 W Washington St, Syracuse, NY 13202-6103;
Occc, 115 South St, Middletown, NY 10940;
Occupational And Industrial Orthopaedic, 550 1st Ave, New York, NY 10016;
Ocean & Coastal Consultants Inc, 35 Corporate Dr, Suite 1200, Trumbull, Ct 06611-6319;
Ocean Financial Fcu, 45 Atlantic Ave, Oceanside, NY 11572;
Oceanside Care Ctr Inc, 2914 Lincoln Ave, Oceanside, NY 11572-2141;
Ocli, 825 E Gate Blvd, Ste 111, Garden City, NY 11530;
Oconner Davies Llp, 500 Mamaroneck Ave, Ste 301, Harrison, NY 10528;
O'connor Mcguiness Conte, 1 Barker Ave # 675, White Plains, NY 10601-1527;
Oconnor Redd Gollihue & Sklari, 242 King St, Port Chester, NY 10573-4119;
Ocv Architects Pc, 14 E 4th St # 408, New York, NY 10012-1141;

Oda Architecture, 250 Park Ave South, 3rd Floor, New York, NY 10003;
Oda Health Care Network, 74 Wallabout St, Brooklyn, NY 11249;
Oda New York, 250 Park Ave S # 3, New York, NY 10003-1402;
Oda Primary Health Care Ctr, 74 Wallabout St, Brooklyn, NY 11249-7830;
O'dea Lynch Abbattista Pc, 50 Broadway # 8, Hawthorne, NY 10532-1203;
Odgers Berndtson, 140 E 45th St, Rm 4401, New York, NY 10017;
O'donnell & Naccarato Structural Engineers, 40 Worth St Rm 301, New York, NY 10013-3196;
O'dwyer & Bernstien Llp, 45 Broadway # 2450, New York, NY 10006-3760;
Odyssey House Inc, 95 Pine St, New York, NY 10005-1703;
Odyssia Global Communications, 2434 45th St, Astoria, NY 11103;
Oec Freight NY Inc., 1 Cross Island Plz, Ste 306, Rosedale, NY 11422;
Oerlikon, 1101 Prospect Ave, Westbury, NY 11590;
Oeuvre Press LLC, 590 Madison Ave # 21, New York, NY 10022-2545;
Official Press, 122 W 27th St, New York, NY 10001-6227;
Ogilvy, 309 W 49th St, New York, NY 10019;
O'hare Parnagian Llp, 20 Vesey St # 300, New York, NY 10007-4242;
Ohel/Bias Ezra, 1268 E 14th St, Brooklyn, NY 11230-5241;
Ohl Usa, 2615 Ulmer St, Flushing, NY 11354;
Okun Oddo Babat, 8 W 38th St # 1002, New York, NY 10018-0148;
Olaregen Therapeutix Inc, 1001 Avenue Of The Americas #2, New York, NY 10018-5460;
Olayan Group, 505 Park Ave Fl 10, New York, NY 10022-1106;
Old Country Ceramic Tile, 27 Urban Ave, Westbury, NY 11590-4890;
Oliveira Contracting Inc, 15 Albertson Ave, Albertson, NY 11507-1427;
Oliver, Wyman And Company, 1166 Avenue Of The Americas, Bsmt A, New York, NY 10036;
Olivier Cheng Events LLC, 12 Vestry St # 1, New York, NY 10013-1949;
Oltarsh & Assoc Pc, 494 8th Ave # 1704, New York, NY 10001-2519;
Olympic Contracting Corp, 2069 Benson Ave,Brooklyn,NY,11214;
Olympic Waterproofing, 2069 Benson Ave Brooklyn, NY 11214;
Om General Contractors Corp, 22151 92nd Rd,Queens Village,NY,11428;
Oma, 180 Varick St # 1328, New York, NY 10014-5450;
Omni Group Ltd, 187 Chrissy St, New York, NY 10007;
Omnibuild, 213 West 35th St 7th Fl, New York, NY 10006;
Omnicom Group Inc, 437 Madison Ave, Fl 10, New York, NY 10022;
Omwar Construction, 1548 Saint Johns Pl, Brooklyn, NY 11213;
Omwbe, 253 Broadway, New York, NY 10007-2300;
On Demand Electrical Services, 6510 Central Ave Glendale, NY 11385;
On Drive, 216 N Main St # B, Freeport, NY 11520-2200;
On The Level Enterprises, 58 Thomas St # A, New York, NY 10013-3861;
On Top Renovation Inc., 33 Fort Worth Pl Monroe, NY 10950;
On Your Mark Inc, 645 Forest Ave, Staten Island, NY 10310;
One Jeanswear Group, 10 Times Sq # 25, New York, NY 10018-1879;
Only Mine, 1412 Broadway # 1508, New York, NY 10018-9281;
On-Trac Const Assoc, 8860 Myrtle Ave Glendale, NY 11385;
Onvia, Inc, 509 Olive Way Seattle, Wa 98101;
Oocl (Usa) Inc., 88 Pine St, Ste 1700, New York, NY 10005;
Op Ad Media Solutuions, 275 Madison Ave # 2200, New York, NY 10016-1136;
Open Door Family Medical Center, Inc., 165 Main St, Ossining, NY 10562;

Open Society Institute, 224 W 57th St, Frnt 2, New York, NY 10019;
Open Systems Metro, 380 Adams Street, Bedford Hills, NY 10507-2024;
Open Systems Technologies, 469 Fashion Ave # 5, New York, NY 10018-8859;
Opengate Inc, Po Box 419, Armonk, NY 10504-0419;
Opening Ceremony, LLC, 202 Centre St, Fl 4, New York, NY 10013;
Ophthalmic Consultants-Long Is, 360 Merrick Rd # 3, Lynbrook, NY 11563-2526;
Oppenheimer And Co. Inc, 125 Broad St, Fl 15, New York, NY 10004;
Oppenheimerfunds, Inc., 225 Liberty St, Fl 11, New York, NY 10281;
Optimum Diagnostics, 129 Ocean Ave, Woodmere, NY 11598;
Option Hardware, 2501 Holland Ave, Bronx, NY 10467;
Optitex Usa Inc, 325 W 38th St # 1107, New York, NY 10018-9590;
Optomen Inc, 100 Avenue Of The Americas #12, New York, NY 10013-1689;
Optyx, 1125 Lexington Ave # 4, New York, NY 10075-0429;
Oracle Construction Inc, 10 Harbor Park Dr, Port Washington, NY 11050-4648;
Orange Bank And Trust Company, 212 Dolson Ave, Middletown, NY 10940;
Orange Logic, 25 W 43rd St # 1020, New York, NY 10036-7431;
Orange Regional Medical Center, 60 Prospect Ave, Middletown, NY 10940;
Orange Telecom, 225 Liberty St, Fl 43, New York, NY 10281;
Orba Construction, 2525 Brunswick Ave, Suite 210 Linden, NJ 07036;
Orbimed Advisors LLC, 601 Lexington Ave # 54, New York, NY 10022-4629;
Orda Management Supts Office, 225 Park Ave S # 200, New York, NY 10003-1604;
Ordergroove Inc, 75 Broad St # 23, New York, NY 10004-2487;
Orentreich Medical Group, 909 5th Ave, New York, NY 10021-4115;
Organic Motion Inc, 15 W 37th St # 5, New York, NY 10018-5340;
Orlin & Cohen Orthopedic Group, 660 Broadway, Massapequa, NY 11758-2391;
Orrick Herrington-Sutcliffe, 666 5th Ave # 2, New York, NY 10103-0001;
Orthopaedic Associates Of NY, 2535 Arthur Kill Rd, Staten Island, NY 10309-1207;
Orthopedic Surgeons Of Li, 410 Lakeville Rd # 303, New Hyde Park, NY 11042-1104;
Ortoli Rosenstadt Llp, 366 Madison Ave # 300, New York, NY 10017-7110;
Osali, 205 Froehlich Farm Blvd, Woodbury, NY 11797-2931;
Osborn Belmont Properties LLC, 21544 23rd Rd, Bayside, NY 11360-2228;
Osborn Home Care, 101 Theall Rd, Rye, NY 10580-1499;
Osborn Retirement Community, 101 Theall Rd, Rye, NY 10580;
Oscar Blandi Salon, 545 Madison Ave # 2, New York, NY 10022-9255;
Oscar Health Agency Inc, 295 Lafayette St, Fl 6, New York, NY 10012;
Oscar Heyman & Brothers, 501 Madison Ave # 15, New York, NY 10022-5676;
Ossining Union Free School District, 190 Croton Ave, Ossining, NY 10562;
Ostroff Electric Inc, 10215 159th Rd, Howard Beach, NY 11414-3528;
Ostrow Institute For Pain Mgmt, 625 Madison Ave # 10a, New York, NY 10022-1809;
Other Press LLC, 267 5th Ave # 6, New York, NY 10016-7508;
Oudaz General Contracting Inc, 164 Stuart St Paramus, NJ 07652;
Outer County Construction Corp, 2229 Pine Ave Ronkonkoma, NY 11779;
Outerstuff Limited, 1412 Broadway # 18, New York, NY 10018-9258;
Outline Press Syndicate, 902 Broadway, New York, NY 10010-6002;
Outreach, 11711 Myrtle Ave, Richmond Hill, NY 11418;
Outten & Golden, 685 3rd Ave # 25, New York, NY 10017-8413;
Oval Tennis Inc, Po Box 189, Somers, NY 10589-0189;

Ove Arup & Partners, P.C., 77 Water St, New York, NY 10005-4401;
Oved & Oved Llp, 401 Greenwich St # 4, New York, NY 10013-2326;
Overton & Co, 2016 Linden Blvd # 2, Elmont, NY 11003-4043;
Ovid Therapeutics, 1460 Broadway, Fl 4, New York, NY 10036;
Owners Corp Inc, 308 E 79th St # 1b, New York, NY 10075-0998;
Oxagile LLC, 77 Water St, Fl 8, New York, NY 10005;
Oxford Nursing Home, 144 S Oxford St, Brooklyn, NY 11217;
Oxford University Press Inc-E, 198 Madison Ave # 8, New York, NY 10016-4341;
Oxford University Press, LLC, 198 Madison Ave, Fl 8, New York, NY 10016;
Oxo, 601 W 26th St # 1050, New York, NY 10001-1148;
Ozanam Hall Of Queens Nursing Home, 4241 201st St, Bayside, NY 11361;
Ozone Park Dialysis, 5200 Virginia Way, Brentwood, Tn 37027-7569;
Oztec Business Machines Inc, 65 Channel Dr, Port Washington, NY 11050-2216;